LATHAM & WATKINS LLP
Stephen P. Swinton (Bar No. 106398)
steve.swinton@lw.com
Adam A. Welland (Bar No. 228680)
adam.welland@lw.com
12636 High Bluff Drive, Suite 400
San Diego, California 92130-2071
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

Attorneys for Plaintiff,
GEORGIA-PACIFIC CONSUMER PRODUCTS LP

FILED
07 DEC 20 AM 11: 47
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

07 CV 2390 JAH POR

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership, <br><br> Plaintiff, <br><br> v. <br><br> YAN WHOLESALE; RUSH WHOLESALE; YES WHOLESALE; YES WHOLESALE OF MEXICO; ALLEN YAN CHOW, an individual; ROMAN RUSHINSKY, an individual; GLEB TABACHNIK, an individual; JOHN YEH, and individual; and DOES 1 – 100, <br><br> Defendants. | Civil Action No. <br><br> **NOTICE OF PARTY WITH FINANCIAL INTEREST** |

1  Pursuant to Local Civil Rule 40.2, Plaintiff Georgia-Pacific Consumer Products LP
2  hereby submits its Notice of Party With Financial Interest.
3  Georgia-Pacific Consumer Products LP is a Delaware limited partnership. No publicly-
4  held corporations own more than a 10% interest in Georgia-Pacific Consumer Products LP.

5  Dated: December 20, 2007                LATHAM & WATKINS LLP

6
7  By: _____
    Stephen P. Swinton
    Attorneys for Plaintiff
8  Georgia-Pacific Consumer Products LP
    E-mail: steve.swinton@lw.com
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28