# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 DEC 20  PM 12: 32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership

vs

YAN WHOLESALE; RUSH WHOLESALE; YES WHOLESALE; YES WHOLESALE OF MEXICO; ALLEN YAN CHOW, an individual, ROMAN RUSHINSKY, an individual; GLEB TABACHNIK, an individual; and DOES 1-100

**SUMMONS IN A CIVIL ACTION**

Case No.

'07 CV 2390 JAH POR

TO: (Name and Address of Defendant)


YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon
PLAINTIFF'S ATTORNEY

Stephen P. Swinton
LATHAM & WATKINS LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130-2071

An answer to the complaint which is herewith served upon you, within  twenty  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY
(SEAL)

DEC 20 2007
DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S