LATHAM & WATKINS LLP
Stephen P. Swinton (Bar No. 106398)
steve.swinton@lw.com
Adam A. Welland (Bar No. 228680)
adam.welland@lw.com
12636 High Bluff Drive, Suite 400
San Diego, California 92130-2071
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

Attorneys for Plaintiff,
GEORGIA-PACIFIC CONSUMER PRODUCTS LP

FILED
07 DEC 20 AM 11:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YAN WHOLESALE; RUSH WHOLESALE; YES WHOLESALE; YES WHOLESALE OF MEXICO; ALLEN YAN CHOW, an individual; ROMAN RUSHINSKY, an individual; GLEB TABACHNIK, an individual; JOHN YEH, and individual; and DOES 1 – 100,<br><br>　　　　Defendants. | Civil Action 07 CV 2390 JAH POR<br><br>**PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>DATE: TBD<br>TIME: TBD<br>CTRM: TBD |

Plaintiff Georgia-Pacific Consumer Products LP ("Georgia-Pacific") hereby applies to this Court, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, for the entry of the Order described below. Georgia-Pacific respectfully requests a hearing on this matter as soon as counsel may be heard. Specifically, Georgia-Pacific requests the entry of an Order:

1. Immediately enjoining Defendants Yan Wholesale, Rush Wholesale, Yes Wholesale, Yes Wholesale of Mexico, Allen Yan Chow, Roman Rushinsky, Gleb Tabachnik, and John Yeh ("Defendants"), their parents, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of the Order from importing, manufacturing, distributing, shipping, advertising, marketing, promoting, selling or offering to sell the "Angel" bathroom tissue product bearing marks or images the same as or similar to that shown in the photographs below, or containing the word "Angel":



**Figure 1**



**Figure 2**



**Figure 3**

2. Requiring Defendants, their parents, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and all those persons in active concert or participation with them who receive actual notice of the Order immediately to withdraw from the market any "Angel" bathroom tissue products described in Paragraph 1 above;

3. Requiring Defendants to file with the Court and serve upon Georgia-Pacific's counsel within two weeks after entry of the requested Temporary Restraining Order a report, in writing and under oath, describing in detail the actions taken by Defendants to comply with the requirements of the Temporary Restraining Order; and

1    4.   Requiring Defendants to comply with any other Order this Court may issue.

2    5.   Georgia-Pacific also requests the entry of an Order setting the time for Defendants to respond to an Order to Show Cause why a preliminary injunction should not issue that provides the same relief described above.

Georgia-Pacific's reasons for seeking the entry of such an Order are set forth in the following documents filed and lodged concurrently herewith:

(1)  Complaint;

(2)  Memorandum of Points and Authorities in Support of Plaintiff Georgia-Pacific's *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction;

(3)  Declaration of Andrew Towle in Support of Plaintiff Georgia-Pacific's Application for a Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction and the exhibits thereto;

(4)  Declaration of Darwin D. Wisdom in Support of Plaintiff Georgia-Pacific's Application for a Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction and the exhibits thereto;

(5)  Declaration of Randal J. Pissot in Support of Plaintiff Georgia-Pacific's Application for a Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction and the exhibits thereto;

(6)  Declaration of Adam Welland in Support of Plaintiff Georgia-Pacific's Application for a Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction and the exhibit thereto; and

(7)  [Proposed] Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction.

Pursuant to Federal Rule of Civil Procedure 65(b), Georgia-Pacific requests that the notice requirements of Rule 65(b) be waived because Georgia-Pacific will suffer immediate and irreparable injury if Defendants are not enjoined immediately. There is a significant risk that

1 Defendants will either destroy or obfuscate the offending products, or relocate themselves and
2 their businesses if given prior notice.
3          WHEREFORE, Georgia-Pacific respectfully requests that this Court grant the relief
4 sought in the [Proposed] Temporary Restraining Order and Order to Show Cause Re:
5 Preliminary Injunction, lodged concurrently herewith.

6 Dated: December 20, 2007

Respectfully submitted,

LATHAM & WATKINS LLP

By: _____
Stephen P. Swinton
Attorneys for Plaintiff
Georgia-Pacific Consumer Products LP
E-mail: steve.swinton@lw.com

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

NSD\89084.1

4

PLAINTIFF'S *EX PARTE* APPLICATION FOR A TRO
AND OSC RE PRELIMINARY INJUNCTION