LATHAM & WATKINS LLP
Stephen P. Swinton (Bar No. 106398)
steve.swinton@lw.com
Adam A. Welland (Bar No. 228680)
adam.welland@lw.com
12636 High Bluff Drive, Suite 400
San Diego, California 92130-2071
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

Attorneys for Plaintiff,
GEORGIA-PACIFIC CONSUMER PRODUCTS LP

FILED
07 DEC 20 AM 11:49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>   Plaintiff,<br><br>   v.<br><br>YAN WHOLESALE; RUSH WHOLESALE; YES WHOLESALE; YES WHOLESALE OF MEXICO; ALLEN YAN CHOW, an individual; ROMAN RUSHINSKY, an individual; GLEB TABACHNIK, an individual; JOHN YEH, and individual; and DOES 1 – 100,<br><br>   Defendants. | Civil Action No. 07 CV 2390 JAH POR<br><br>DECLARATION OF ADAM WELLAND IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION<br><br>DATE: TBD<br>TIME: TBD<br>CTRM: TBD |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

SD\614180.1

DECLARATION OF ADAM WELLAND ISO
PLAINTIFF'S EX PARTE APPLICATION FOR A
TRO AND OSC RE PRELIMINARY INJUNCTION

I, Adam A. Welland, hereby declare as follows:

1. I am an attorney with Latham & Watkins LLP, counsel for Georgia-Pacific Consumer Products LP ("Georgia-Pacific"). I am licensed to practice law in the State of California and admitted before this Court. I submit this declaration in support of Plaintiff Georgia-Pacific's Application for a Temporary Restraining Order and Order to Show Cause, filed concurrently herewith.

2. The facts set forth herein are within my personal knowledge, to which I could and would testify competently if called upon to do so.

3. Attached hereto as Exhibit 1 is a true and correct copy of a fictitious business name statement for Rush Wholesale, filed with the County of San Diego Recorder/County Clerk on July 11, 2005.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by me on this 19th day of December 2007.

_____
Adam A. Welland

|  | GREGORY J. SMITH<br>RECORDER/COUNTY CLERK<br>COUNTY OF SAN DIEGO<br>1600 PACIFIC HIGHWAY, RM. 260<br>P.O. BOX 121750 SAN DIEGO, CA 92112-1750<br>(619) 237-0502 | 2005-023785<br><br>JUL-11-2005 |
|---|---|---|
| PLEASE PRINT/TYPE<br>INFORMATION<br>AND RETURN ENTIRE FORM | | |
| SEE BACK OF FORM<br>FOR INSTRUCTIONS | $ 20.00- FOR FIRST BUSINESS NAME ON STATEMENT<br>$ 4.00- FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT AND DOING BUSINESS AT THE SAME LOCATION<br>$ 4.00- FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER | FILED<br>GREGORY J. SMITH<br>SAN DIEGO COUNTY CLERK<br>FEES:   20.00<br>EXPIRES: JUL-11-2010<br>DEPUTY: VDUONG |

THIS SPACE FOR USE OF RECORDER/COUNTY CLERK

## FICTITIOUS BUSINESS NAME STATEMENT

(1) FICTITIOUS BUSINESS NAME(S):    ☐ Renewal Notification is an additional $5.00 fee

a. RUSH wholesale

b. _____

(2) LOCATED AT: 2510 Howard Ave, #1, San Diego, CA 92104
Street Address, City, State, ZIP of Principal Place of Business (P.O. Box not acceptable)

Mailing Address: _____ (Optional)

(3) THIS BUSINESS IS CONDUCTED BY:
- A. ☑ An Individual
- B. ☐ Husband and Wife
- C. ☐ A General Partnership
- D. ☐ A Limited Partnership
- E. ☐ Joint Venture
- F. ☐ A Corporation
- G. ☐ A Business Trust
- H. ☐ Co-Partners
- I. ☐ A Limited Liability Company
- J. ☐ An Unincorporated Association-Other than a Partnership
- K. ☐ Other (Please Specify) _____

(4) THE FIRST DAY OF BUSINESS WAS:  __/__/__   OR IF NOT YET STARTED, CHECK HERE ☑

(5) THIS BUSINESS IS HEREBY REGISTERED BY THE FOLLOWING (Corporation / LLC enter Name and State only):

#1 Roman Rushinsky
Owner's Name or Corporation/ LLC Name
2510 Howard Ave, #1
Residence Address / PO Box not allowed (Corp./ LLC enter STATE only)
San Diego, CA     92104
City               State         Zip

#2 _____
Owner's Name or Corporation/ LLC Name
_____
Residence Address / PO Box not allowed (Corp./ LLC enter STATE only)
_____
City               State         Zip

#3 _____
Owner's Name or Corporation/ LLC Name
_____
Residence Address / PO Box not allowed (Corp./ LLC enter STATE only)
_____
City               State         Zip

#4 _____
Owner's Name or Corporation/ LLC Name
_____
Residence Address / PO Box not allowed (Corp./ LLC enter STATE only)
_____
City               State         Zip

I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

(6) _[signature]_              Roman Rushinsky              _____
    (Signature of Registrant)      (Print Name)              (Corp. / LLC print Title)

THIS STATEMENT WAS FILED WITH GREGORY J. SMITH, RECORDER/COUNTY CLERK OF SAN DIEGO COUNTY, AS INDICATED BY FILE STAMP ABOVE. NOTICE – THIS FICTITIOUS NAME STATEMENT EXPIRES FIVE (5) YEARS FROM THE DATE IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK.  A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THAT TIME.
THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).
IT IS THE RESPONSIBILITY OF THE REGISTRANT TO DETERMINE THAT THE FICTITIOUS BUSINESS NAME SELECTED WILL NOT VIOLATE ANOTHER'S RIGHTS ESTABLISHED UNDER LAW.

FORM 231 Co. CLK (REV. 03/05)