1  LATHAM & WATKINS LLP
   Stephen P. Swinton (Bar No. 106398)
2  steve.swinton@lw.com
   Adam A. Welland (Bar No. 228680)
3  adam.welland@lw.com
   12636 High Bluff Drive, Suite 400
4  San Diego, California 92130-2071
   Telephone: (858) 523-5400
5  Facsimile: (858) 523-5450

6  Attorneys for Plaintiff,
   GEORGIA-PACIFIC CONSUMER PRODUCTS LP

7

**FILED**

_ _ _ 3 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10  GEORGIA-PACIFIC CONSUMER          )  Civil Action No.
    PRODUCTS LP,                      )
11                                    )  **07 CV 2390 JAH POR**
              Plaintiff,             )
12                                    )  **DECLARATION OF ANDREW TOWLE**
        v.                           )  **IN SUPPORT OF PLAINTIFF**
13                                    )  **GEORGIA-PACIFIC CONSUMER**
    YAN WHOLESALE; RUSH               )  **PRODUCTS'** *EX PARTE* **APPLICATION**
14  WHOLESALE; ALLEN YAN CHOW;        )  **FOR A TEMPORARY RESTRAINING**
    ROMAN RUSHINSKY; YES              )  **ORDER AND ORDER TO SHOW**
15  WHOLESALE; YES WHOLESALE OF       )  **CAUSE RE PRELIMINARY**
    MEXICO; JOHN YEH; and DOES 1 - 100 ) **INJUNCTION**
16                                    )
              Defendants.            )  DATE:  TBD
17                                    )  TIME:  TBD
                                      )  CTRM:  TBD
18                                    )
                                      )
19

20

21

22

23

24

25

26

27

28

1    I, Andrew Towle, hereby declare as follows:

2    1.    I am the Vice-President and General Manager of the Retail Tissue Business for

3    Georgia-Pacific Consumer Products LP ("Georgia-Pacific"). I have personal knowledge of the

4    matters set forth herein, and if I am called upon to testify, I could and would testify competently

5    thereto.

6    ## GEORGIA-PACIFIC'S ANGEL SOFT® BRAND AND ITS FEDERALLY

7    ## REGISTERED TRADEMARKS

8    2.    Georgia-Pacific is a Delaware limited partnership with its principal place of

9    business located at 133 Peachtree Street, N.E., Atlanta, Georgia 30303. We are one of the

10    world's leading manufacturers and marketers of tissue, towels, napkins, cups, plates, cutlery and

11    related tabletop items.

12    3.    Georgia-Pacific owns the **ANGEL SOFT®** brand and family of trademarks used

13    in conjunction with bathroom tissue. Based upon company business records and reports, through

14    its predecessors-in-interest, Georgia-Pacific first developed and began using the **ANGEL**

15    **SOFT®** brand in connection with bathroom tissue in 1944. The picture shown in Figure 1 (and

16    Exhibit 1) of this declaration depicts the current product configuration and packaging of a typical

17    **ANGEL SOFT®** retail product.

18

19    

20

21

22    **FIGURE 1**

23    4.    Georgia-Pacific and its predecessors-in-interest have used the **ANGEL SOFT®**

24    marks for bathroom tissue continuously since 1944.

25    5.    Georgia-Pacific also owns the **ANGEL SOFT PS®** mark for bathroom tissue that

26    it distributes through commercial channels. Georgia-Pacific first began using the **ANGEL**

27    **SOFT PS®** mark in commerce in conjunction with bathroom tissue at least as early as January

28

1    31, 2003. The picture shown in Figure 2 (and Exhibit 2) of this declaration depicts the current

2    product configuration and packaging of a typical **ANGEL SOFT PS®** commercial product.



**FIGURE 2**

9       6.      Georgia-Pacific has used the **ANGEL SOFT PS®** mark continuously since that

10    2003.

11       7.      Georgia-Pacific owns several federally registered trademarks that protect its

12    **ANGEL SOFT®** and **ANGEL SOFT PS®** brands of bathroom tissue: U.S. Registration

13    Numbers 781,414; 1,172,215; 2,512,417; 2,912,982; 2,972,819; and 2,989,711. Georgia-Pacific

14    also owns two additional Angel marks, U.S. Registration Numbers 2,546,897 and 2,841,759.

15    True and correct copies of the federal registrations for these trademarks are attached as Exhibits

16    3 through 10. Hereinafter, I will collectively refer to Georgia-Pacific's **ANGEL SOFT®** and

17    **ANGEL SOFT PS®** marks as the "**ANGEL SOFT** Trademarks."

18       8.      Based upon widespread and continuous use, I am informed and believe that

19    Registration Nos. 781,414 and 1,172,215 have achieved incontestable status.

20    <u>**SALES OF ANGEL SOFT® AND ANGEL SOFT PS® PRODUCTS**</u>

21       9.      Since 1944, Georgia-Pacific has sold billions of dollars worth of bathroom tissue

22    under the **ANGEL SOFT** Trademarks in the U.S., Canada and Mexico.

23       10.     In particular, from 2004 through 2006, U.S. sales of bathroom tissue sold under

24    the **ANGEL SOFT** Trademarks totaled over $2 billion.

25       11.     The U.S. is the largest market for bathroom tissue sold under the **ANGEL SOFT**

26    Trademarks. Georgia-Pacific sells bathroom tissue under the **ANGEL SOFT** Trademarks in

27    both the retail and commercial channels. For example, **ANGEL SOFT®** bathroom tissue is sold

28    through the retail channel in large retail chain stores such as Wal*Mart, Target, Winn Dixie, and

1  Walgreen's as well as in tens of thousands independent retail stores located across the country.

2  Georgia-Pacific sells its **ANGEL SOFT PS®** bathroom tissue in the commercial channel to

3  distributors such as US Foodservice, SYSCO, Xpedx, and Lagasse Sweet who then distribute

4  **ANGEL SOFT PS®** to well-known commercial end users such as Hampton Inn, Sheraton

5  Hotels, The Walt Disney Company, Hyatt Hotels and Little Caesar Enterprises, Inc.

6  ## ADVERTISING AND PUBLIC RECOGNITION OF ANGEL SOFT® BRAND AND

7  ## TRADEMARKS

8      12.    Georgia-Pacific has invested significant expenses in advertising and promoting its

9  **ANGEL SOFT®** brand and products for over six (6) decades.  This advertising has consistently

10  used the **ANGEL SOFT** Trademarks.  In the U.S. in 2006 alone, Georgia-Pacific spent over $22

11  million in advertising and promoting bathroom tissue sold under the **ANGEL SOFT**

12  Trademarks.

13      13.    In the U.S., this advertising has consisted of television commercials, print

14  publications, radio commercials, billboards, live promotions, sponsorship of large events, trade

15  shows, brochures, and internet promotions—just to name a few.  Exhibits 11 through 22

16  exemplify the nature and scope of that advertising.

17      14.    Further, Georgia-Pacific directed a portion of its advertising for the **ANGEL**

18  **SOFT** Trademarks toward the Spanish-speaking market.  Since 2005, Georgia-Pacific paid for

19  both television and radio advertisements in markets, including but not limited to Los Angeles,

20  Phoenix and Houston, along with other national advertisements in 2007.

21      15.    This advertising and promotion has been continuous, and has also included

22  numerous large-scale campaigns that have stood out for consumers.  Some examples include the

23  "Angels in Action" and "Bathroom Moments" campaigns, which received significant media

24  attention and coverage.

25      16.    Georgia-Pacific also created a website (www.angelsoft.com) to promote its

26  **ANGEL SOFT** Trademarks and products.  This website launched in 2003 and currently receives

27  an average of 4,145 visitors per month.  Exhibits 23 through 25 are copies of website pages from

28  that website that promote the **ANGEL SOFT** Trademarks and products.

1      17.    Georgia-Pacific also distributes point-of-sale items that promote the **ANGEL**

2  **SOFT** Trademarks and products.  Exhibits 26 and 27 represent photographs of exemplary point-

3  of-sale items.

4      18.    Through over sixty (60) years of advertising and promotion of the **ANGEL**

5  **SOFT®** brand, and by virtue of millions of dollars in marketing and advertising expenditures,

6  the **ANGEL SOFT®** brand has become well-known among consumers.  According to AC

7  Nielsen market share data for the 52 weeks ending September 08, 2007, the **ANGEL SOFT®**

8  brand ranked second in total dollar sales.  We believe that the **ANGEL SOFT** Trademarks serve

9  to identify the **ANGEL SOFT®** brand and are extremely valuable to Georgia-Pacific.

10      **GEORGIA-PACIFIC'S QUALITY CONTROL EFFORTS TO MAINTAIN THE**

11      **HIGHEST QUALITY STANDARDS FOR ANGEL SOFT® PRODUCTS**

12      19.    The products sold under the **ANGEL SOFT** Trademarks must meet Georgia-

13  Pacific's rigorous standards of quality.  As a result, Georgia-Pacific endures significant expense

14  to ensure that its products sold under the **ANGEL SOFT** Trademarks adhere to high quality

15  standards.  Some examples of the quality control efforts in place by Georgia-Pacific include, but

16  are not limited to, measuring and controlling the quality of the base sheet of the bathroom tissue

17  during production; measuring and recording the finished bathroom tissue rolls at least once per

18  day per manufacturing line; conducting periodic workmanship audits of the bathroom tissue

19  itself as well as the packaging, box and pallet; and conducting softness panels to judge sensory

20  softness.

21  **ACTUAL CONFUSION BETWEEN ANGEL SOFT® PRODUCTS AND DEFENDANTS'**

22      **UNAUTHORIZED "ANGEL" PRODUCTS**

23      20.    On May 17, 2007, Georgia-Pacific received a letter from an anonymous consumer.

24  A true and correct copy of that anonymous letter is attached as Exhibit 26.  The letter stated that

25  Defendants' "Angel" products were being confused in the marketplace with Georgia-Pacific's

26  **ANGEL SOFT®** products.  The letter states that, "many people seemed to be misled by this

27  infringed [sic] product thinking that the (G.P.) T.V. commercial has something to do with the

28

DECLARATION OF ANDREW TOWLE ISO
PLAINTIFF'S EX PARTE APPLICATION

1  toilet paper they are using." The letter also attached the information for an importer of the

2  "Angel" product. The information was that of Allen Chow of Yan Wholesale.

3      21.    This type of confusion in the marketplace can be very damaging to Georgia-Pacific

4  and its **ANGEL SOFT®** brand and the associated goodwill. As a result of that letter, Georgia-

5  Pacific initiated an investigation. This lawsuit is the result of that investigation.

6      I declare under penalty of perjury under the laws of the United States that the foregoing is

7  true and correct and that this declaration was executed by me on this **2o** day of December 2007.

8

9                                 Andrew Towle

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

NSD\90146.2

5

# EXHIBITS

EXHIBIT 1:   Picture of typical retail bathroom tissue sold under the **ANGEL SOFT®** mark.

EXHIBIT 2:   Picture of typical commercial bathroom tissue sold under the **ANGEL SOFT PS®** mark.

EXHIBIT 3:   Copy of Registration Certificate for U.S. Reg. No. 781,414.

EXHIBIT 4:   Copy of Registration Certificate for U.S. Reg. No. 1,172,215.

EXHIBIT 5:   Copy of Registration Certificate for U.S. Reg. No. 2,512,417.

EXHIBIT 6:   Copy of Registration Certificate for U.S. Reg. No. 2,912,982.

EXHIBIT 7:   Copy of Registration Certificate for U.S. Reg. No. 2,972,819.

EXHIBIT 8:   Copy of Registration Certificate for U.S. Reg. No. 2,989,711.

EXHIBIT 9:   Copy of Registration Certificate for U.S. Reg. No. 2,546,897.

EXHIBIT 10:  Copy of Registration Certificate for U.S. Reg. No. 2,841,759.

EXHIBIT 11:  Copy of print advertising for the **ANGEL SOFT** Trademarks and products.

EXHIBIT 12:  Copy of print advertising for the **ANGEL SOFT** Trademarks and products.

EXHIBIT 13:  Copy of print advertising for the **ANGEL SOFT** Trademarks and products displayed in Better Homes and Gardens magazine, September 2006.

EXHIBIT 14:  Copy of print advertising for the **ANGEL SOFT** Trademarks and products displayed in Better Homes and Gardens magazine, October 2006.

EXHIBIT 15:  Copy of print advertising for the **ANGEL SOFT** Trademarks and products displayed in Better Homes and Gardens magazine, December 2006.

EXHIBIT 16:  Copy of print advertising for the **ANGEL SOFT** Trademarks and products displayed in Parents magazine, September 2006.

EXHIBIT 17:  Copy of print advertising for the **ANGEL SOFT** Trademarks and products displayed in Parents magazine, October 2006.

1        EXHIBIT 18:  Copy of print advertising for the **ANGEL SOFT** Trademarks and
2   products displayed in Parents magazine, December 2006.

3        EXHIBIT 19:  Copy of print advertising for the **ANGEL SOFT** Trademarks and
4   products displayed in Family Circle magazine, August 2006.

5        EXHIBIT 20:  Copy of print advertising for the **ANGEL SOFT** Trademarks and
6   products displayed in Family Circle magazine, November 2006.

7        EXHIBIT 21:  Copy of print advertising for the **ANGEL SOFT** Trademarks and
8   products displayed in American Baby magazine, August 2006.

9        EXHIBIT 22:  Copy of print advertising for the **ANGEL SOFT** Trademarks and
10  products displayed in American Baby magazine, November 2006.

11       EXHIBIT 23:  A copy of a website page from www.angelsoft.com that promotes the
12  **ANGEL SOFT** Trademarks and products.

13       EXHIBIT 24:  A copy of a website page from www.angelsoft.com that promotes the
14  **ANGEL SOFT** Trademarks and products.

15       EXHIBIT 25:  A copy of a website page from www.angelsoft.com that promotes the
16  **ANGEL SOFT** Trademarks and products.

17       EXHIBIT 26:  A copy of "2004-2007 Angel Soft In-store History," dated December 14,
18  2007, which provides a historical recap of in-store programs from 2004-2007 to promote the
19  **ANGEL SOFT** Trademarks and products.

20       EXHIBIT 27:  A photograph of an exemplary in-store shelf advertisement that Georgia-
21  Pacific distributes to promote the **ANGEL SOFT** Trademarks and products.

22       EXHIBIT 28:  A copy of the letter that Georgia-Pacific received on May 17, 2007 from
23  an anonymous consumer.

24
25
26
27
28



Exhibit 2



# United States Patent Office

781,414
Registered Dec. 8, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 150,668, filed Aug. 7, 1962

## ANGEL SOFT

Hudson Pulp & Paper Corp. (Maine corporation)
477 Madison Ave.
New York 22, N.Y., assignee of
Angel Soft Tissue Mills, Inc. (New York corporation)
New York, N.Y.

For: DISPOSABLE PAPER TISSUES, TOILET TIS-
SUES, AND PAPER NAPKINS, in CLASS 37.
First use 1944; in commerce 1944.
No claim is made to "Soft" apart from the mark as
shown.

Exhibit 4

Int. Cl.: 16

Prior U.S. Cl.: 37

Reg. No. 1,172,215

## United States Patent and Trademark Office

Registered Oct. 6, 1981

### TRADEMARK
**Principal Register**

## ANGEL SOFT

Hudson Pulp & Paper Corp. (Maine corporation)
320 Post Rd.
Darien, Conn. 06820

For: DISPOSABLE PAPER TISSUES, BATH-ROOM TISSUES, PAPER NAPKINS AND PA-PER TOWELS, in CLASS 16 (U.S. Cl. 37).

First use 1944; in commerce 1944.

Owner of U.S. Reg. Nos. 770,925 and 781,414.

The word "Soft" is disclaimed apart from the mark as shown without prejudice to applicant's common law rights.

Ser. No. 227,133, filed Aug. 13, 1979.

HENRY S. ZAK, Primary Examiner

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,512,417
Registered Nov. 27, 2001

## TRADEMARK
### PRINCIPAL REGISTER



GEORGIA-PACIFIC CORPORATION (GEORGIA CORPORATION)
133 PEACHTREE STREET NE
ATLANTA, GA 30303

FOR: BATHROOM TISSUE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 5-1-2000; IN COMMERCE 5-1-2000.

OWNER OF U.S. REG. NOS. 781,414, 1,172,215, AND 1,917,281.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SOFT", APART FROM THE MARK AS SHOWN.

SER. NO. 76-169,106, FILED 11-21-2000.

BERYL GARDNER, EXAMINING ATTORNEY

Exhibit 6

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,912,982
Registered Dec. 21, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## ANGEL SOFT PS

GEORGIA-PACIFIC CORPORATION (GEORGIA CORPORATION)
GA030-41N
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303

FOR: BATH TISSUE AND FACIAL TISSUE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-31-2003; IN COMMERCE 1-31-2003.

OWNER OF U.S. REG. NOS. 781,414, 1,172,215, AND 2,512,417.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PS", APART FROM THE MARK AS SHOWN.

SER. NO. 78-292,116, FILED 8-26-2003.

JASON TURNER, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**Reg. No. 2,972,819**

## United States Patent and Trademark Office

Registered July 19, 2005

### TRADEMARK
### PRINCIPAL REGISTER

### ANGEL SOFT

GEORGIA-PACIFIC CORPORATION (GEORGIA CORPORATION)

133 PEACHTREE STREET, NE

ATLANTA, GA 30303

FOR: FACIAL TISSUE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-28-2003; IN COMMERCE 2-28-2003.

OWNER OF U.S. REG. NOS. 781,414, 2,512,417, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SOFT", APART FROM THE MARK AS SHOWN.

SN 78-167,367, FILED 9-24-2002.

ROBIN CHOSID, EXAMINING ATTORNEY

Exhibit 8

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,989,711

## United States Patent and Trademark Office

Registered Aug. 30, 2005

### TRADEMARK
### PRINCIPAL REGISTER

# ANGEL SOFT

GEORGIA-PACIFIC CORPORATION (GEORGIA CORPORATION)

GA030-41N

133 PEACHTREE STREET, N.E.

ATLANTA, GA 30303

FOR: BATH TISSUE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1944; IN COMMERCE 0-0-1944.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 781,414, 1,172,215, AND 2,512,417.

SEC. 2(F).

SER. NO. 78-446,906, FILED 7-7-2004.

JOHN GARTNER, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 2,546,897
Registered Mar. 12, 2002

### SERVICE MARK
### PRINCIPAL REGISTER

## ANGELS IN ACTION

GEORGIA-PACIFIC CORPORATION (GEORGIA CORPORATION)
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303

FOR: EDUCATIONAL SERVICES, NAMELY, PROVIDING INCENTIVES VIA A NATIONWIDE AWARD PROGRAM TO CHILDREN FOR CHARITABLE, EDUCATIONAL OR COMMUNITY ACHIEVEMENT, NAMELY, FOR HEROIC OR COURAGEOUS COMMUNITY ACTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-27-2000; IN COMMERCE 6-27-2000.

SER. NO. 76-215,924, FILED 2-26-2001.

DAYNA BROWNE, EXAMINING ATTORNEY

Exhibit 10

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 2,841,759
Registered May 11, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

## ANGELS IN THE CLASSROOM

GEORGIA-PACIFIC CORPORATION (GEORGIA CORPORATION)
133 PEACHTREE STREET NE
GA030-41N
ATLANTA, GA 30303

FOR: EDUCATIONAL SERVICES, NAMELY, PROVIDING INCENTIVES VIA A NATIONWIDE AWARD PROGRAM TO SCHOOL CHILDREN FOR CHARITABLE, EDUCATIONAL OR COMMUNITY ACHIEVEMENT, NAMELY, FOR COURAGEOUS COMMUNITY ACTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-31-2003; IN COMMERCE 1-31-2003.

OWNER OF U.S. REG. NO. 2,546,897.

SN 78-181,611, FILED 11-5-2002.

MARIA-VICTORIA SUAREZ, EXAMINING ATTORNEY



Soft, but not too soft.

Angel Soft is made just right.
Soft, but not too soft, to get the job done.
Comfort where you want it.

Exhibit 12



For those things
*made wrong...*

Angel Soft® is
MADE Just RIGHT.

With an extra layer* to get the job done.

Comfort where you want it.®

©2006 Georgia-Pacific Corporation. All rights reserved.

*versus 1-ply products.

Exhibit 13



# Better Homes

## and Gardens.

SEPTEMBER 2006 $3.49
www.bhg.com

Our Kitchen of the Year
Traditional Style. Fun, Fresh Ideas

# Revive Your Rooms!

- Makeover Magic with Linens
- 10 Easy Weekend Projects
- Splurge-and-Save Ideas

# Quick, No-Cook Snacks

# Garden Solutions

- Plantings for Summer Fragrance
- Tricks for Hillside Gardens

6 Time-Stretching, On-the-Go Meals

:h
re
,
:as

vn
.ce
:ir
:m
or
1s,
et,
:w
ior
en

:al
es.
1e,

:re
. If
ice
: if
lk.
:ry
ur
n.

)le
y a
int
152





**Soft, but not too soft.**



**Angel Soft is made just right.
Soft, but not too soft, to get the job done.
Comfort where you want it.**

Georgia-Pacific
©2000 Georgia Pacific Corporation. All rights reserved.

RECYCLED ♲

Exhibit 14

Case 3:07-cv-02000-JAH-POR    Document 64    FSD Case-0967    Page 37 of 88

# Better Homes and Gardens

OCTOBER 2008

**7 Smart Tips to Brighten Every Room**

## 25 ways to Celebrate Fall!

**Easy Decorating with Pumpkins and Gourds**

**Best Bulbs to Plant *Now***

**How to Add Instant Color to Your Yard**





$3.49 U.S/$4.49 CANADA

1 0>

0  14005 14060  9

## Melt-in-Your-Mouth Pot Roast Recipes

***Plus:*** **4 Quick and Tasty Chowders**

**Soft, but not too soft.**



Angel Soft is made just right.
Soft, but not too soft, to get the job done.
**Comfort where you want it.**

# Better

DECEMBER 2006
www.bhg.com

# Homes
## and Gardens.

**So Simple!**

**Cookie Forest
Centerpiece with
"Gift Wrapped"
Caramels**



# Happy Holidays

**Soft, but not too soft.**

>> on 24

**Angel Soft is made just right.**
**Soft, but not too soft, to get the job done.**
**Comfort where you want it.**

RECYCLED ♺

Exhibit 16

PARENTS.COM

SEPTEMBER 2006

# Parents

The **Smart Mom's** Guide To
* **BIRTHDAY GIFTS**
* **EASY HAIRCUTS**
* **BEDTIME STORIES**
...AND MORE

**EXERCISE**
WHY YOUR CHILD
ISN'T GETTING
NEARLY ENOUGH

**20**
**DISCIPLINE**
**RULES**
*DON'T BREAK 'EM*

# 115
WAYS
TO GET KIDS
PSYCHED FOR
PRESCHOOL

**ORGANIC
BABY FOODS**

**THE PERFECT PART-TIME
JOB FOR MOMS**





**Soft, but not too soft.**



Angel Soft is made just right.
Soft, but not too soft, to get the job done.
**Comfort where you want it.**





PARENTS.COM

OCTOBER 2006

# Parents

DISCIPLINE
TRICKS FROM
MOMS WHO
DON'T YELL

## Boo!
The 25
Cutest
Costumes
Ever

WHEN YOU WANT
ANOTHER BABY
AND HE DOESN'T

52 HEALTHIEST
FOODS
FOR BABIES

ANNIVERSARY SPECIAL
OUR 80 BEST TIPS OF ALL TIME



**Soft, but not too soft.**



**Angel Soft is made just right.
Soft, but not too soft, to get the job done.
Comfort where you want it.**

Exhibit 18



PARENTS.COM

DECEMBER 2006

# PARENTS

## holiday JOY

### THE SPIRITUAL GIFTS EVERY CHILD NEEDS

## HOME REMEDIES
### DOCTORS SWEAR BY

## 185 COOL BABY NAMES

### 5 WAYS TO TEACH
## MODERN MANNERS

### BEST FOODS FOR
## PICKY EATERS



**Soft, but not too soft.**



**Angel Soft is made just right.
Soft, but not too soft, to get the job done.
Comfort where you want it.**

RECYCLED

AUGUST 2006





**Quick & Easy
Family Meals**

**Good Teens,
Bad Decisions:
A Parent's
Survival Guide**

**Money-Saving
Phone Plans**

# Follow Your Heart
## How to Make Big Dreams Come True



**Soft, but not too soft.**



Angel Soft is made just right.
Soft, but not too soft, to get the job done.
Comfort where you want it.

Exhibit 20



NOVEMBER 1, 2006

# Family Circle®

**Speedy
Weeknight
Dinners**

Simple Ways
to Organize
Your Life

**Health Update:
Six Diseases
You Can Beat**

# Get Inspired!

**64 Easy Craft & Decorating Ideas**



**Soft, but not too soft.**



Angel Soft is made just right.
Soft, but not too soft, to get the job done.
**Comfort where you want it.**





# american baby ®

AUGUST 2006

MOM TO MOM. WOMAN TO WOMAN.™

## How to Tell & What to Do

## MOM-TESTED TEETHING TIPS

## WELL-BABY VISITS
What Your Doctor Is Looking For

## Sweater Weather
The Season's Cutest Clothes For Kids

# PRESCHOOL DAYS

- TIPS FROM TEACHERS
- SMART SNACKS
- LEARNING TOYS



**Soft, but not too soft.**



**Angel Soft is made just right.**
**Soft, but not too soft, to get the job done.**
**Comfort where you want it.**

RECYCLED ♻

Exhibit 22



# american baby

NOVEMBER 2006

MOM TO MOM. WOMAN TO WOMAN.™

## BABY ON THE WAY?

HOW TO HELP YOUR KIDS BECOME THE BEST OF FRIENDS

Nurturing Your Bashful Boy (or Girl)

True Stories of Childbirth
3 Moms Tell It Like It Was

BEST NEW TOYS— CHOSEN BY THE KIDS WHO KNOW

## HUGS & KISSES

HOW YOUR BABY FIRST SHOWS HER LOVE

AMERICANBABY.COM



**Soft, but not too soft.**



**Angel Soft is made just right.
Soft, but not too soft, to get the job done.
Comfort where you want it.**



# Angel Soft — comfort where you want it.®

HOME | SPECIAL OFFERS | PRODUCTS | FUN | BATHROOM MOMENTS | ANGELS IN ACTION | HELP

▶ en Español

# PRODUCTS

Angel Soft toilet paper is available in a variety of sizes to meet your family's needs. Look for one of these pack sizes at your local retailer today!




Product Locator
click here

## Angel Soft® Mega Roll

The Angel Soft® Mega Roll is our longest lasting roll and still fits conveniently on current holders

 

9 Mega Roll White    12 Mega Roll White

ANGEL SOFT® ANGELS IN ACTION® AWARDS Recognize & Reward Kids who Make a Difference! GO

## Angel Soft® Double Roll 

Longer lasting Angel Soft® Double Roll has **double** the sheets of our regular rolls, meaning less roll changes and more convenience for you.

   

4 Double Roll 396 ct. White    6 Double Roll 396 ct. White    9 Double Roll 396 ct. White    12 Double Roll 396 ct. White



Also available in: 24 Double Roll 396 ct. White

18 Double Roll 396 ct. White

## Angel Soft® Regular Roll

The Angel Soft Regular Roll is available in four convenient pack sizes.

   

4 Roll 198 ct. White    12 Roll 198 ct. White    24 Roll 198 ct. White    36 Roll 198 ct. White

## Angel Soft® Pretty Prints 

Angel Soft Pretty Prints provide a refreshing alternative to white toilet paper and help brighten up any bathroom!

 

4 Roll 198 ct. Pretty Prints    12 Roll 198 ct. Pretty Prints

Soft... but not too Soft with an Extra Layer® to get the job done® *versus one ply products

Georgia-Pacific

terms of use : privacy policy : contact us

Exhibit 24





# Angel Soft
### Comfort where you want it®

HOME :: SPECIAL OFFERS :: PRODUCTS :: FUN :: BATHROOM MOMENTS :: ANGELS IN ACTION :: HELP

▶ en Español




**Angel Soft toilet paper is available in double roll, regular roll, mega roll and Pretty Prints!**

Learn more >>

## bathroom moments®

Some funny things are happening in the bathroom...go to angelsoftpresents.com to check them out!

*versus one ply products

Soft, but not too Soft with an Extra Layer* to get the job done

terms of use :: privacy policy :: contact us

 Georgia-Pacific

# Angel Soft

*Comfort where you want it.®*

**HOME · SPECIAL OFFERS · PRODUCTS · FUN · BATHROOM MOMENTS · ANGELS IN ACTION · HELP**

▶ en Español

## HELP - FAQ



Here's answers to some of the most common questions we get about Angel Soft toilet paper. Feel free to contact us if we don't have your question here.

**Is Angel Soft® bath tissue made from recycled materials?**
No, Angel Soft® is made from virgin fiber.

**Is Angel Soft safe for septic tanks, sewage systems and my RV?**
Yes; it's safe for standard septic and sewage systems. We suggest you check with the owner's manual of your RV for information regarding use.

**Do you make prints?**
Yes! Angel Soft is available at selected retail stores in the pretty print design pictured at the right.

**What's the Proof of Purchase used for?**
We sometimes ask customers to provide a package Proof of Purchase, which validates that they bought the item for which we're offering a rebate or incentive. We also use information from the Proof of Purchase to track our inventories.

**Do you make tissue with aloe?**
Angel Soft is manufactured from only pulp fiber, with no additives.

**Where is Angel Soft bath tissue available?**
At most grocery and mass merchandise retail stores across the United States

**What's *Angel Soft® Angels in Action®*?**
This program, sponsored by Angel Soft, rewards children who perform exemplary acts of service to benefit a community, charity or cause. See more information here.



Soft... but not too Soft with an *Extra Layer* to get the Job done®

*versus our own products*



GP. **Georgia-Pacific**

Exhibit 26



# 2004 – 2007 Angel Soft In-store History

## December 14, 2007



ASPEN
MAKE IT HAPPEN

2

GP

# Assignment

- Provide a historical recap of the Angel Soft in-store programs as far back as possible 2004-2007



# 2004 Q1 Floor Talk

- Floor graphics Cycle 1 (12/29/03-1/25/04)





# 2005 Q1 Floor Talk

- Floor graphics Cycles 3-4 (2/28 – 4/24/05)





# 2005 Q1 Floor Talk

- Floor graphics Cycle 4 (3/28 – 4/24/05)
  - Million Family Service Pledge promotion





# 2005 Q3 Floor Talk

- Floor graphics Cycle 9-10 (8/15 – 10/9/05)
  - Co-branded with Sparkle
  - Disney Parks & Resorts Match 'n Win Promotion





# 2006 Q1 Floor Talk

- Floor graphics Cycle 2-3 (1/30 – 3/26/07)
  - America's Funniest Bathroom Moments promotion





8



# 2006 Q2 Floor Talk

- Floor graphics Cycle 6 (5/22 – 6/18/07)
  - Co-branded with Sparkle
  - Cars Movie Release Instant Win promotion



# 2006 Q2 Floor Talk

- Floor graphics Cycle 8 (7/17 – 8/13/07)
  - Today's Moms promotion





# 2006 Q4 Floor Talk

- Floor graphics Cycle 12 (11/6 – 12/3/07)
  - Co-branded with Sparkle
  - Cars DVD promotion





11

# 2007 Q1 Floor Talk

- Floor graphics cycles 2-3 (1/29 – 3/25/07)
  - Co-branded with Sparkle
  - Disney Online The Fun Rolls On Downloadable Games promotion





# 2007 Q2 Floor Talk

- Floor graphics cycle 6 (5/21 – 6/17/07)
  - Multi-brand with QNBT, Brawny, Sparkle, Vanity Fair, Mardi Gras and Zee
  - Disney Parks & Resorts promotion







# 2007 Q2 Shelf Signage

- iPops cycle 13 (6/17 – 6/30/07)







RECYCLED ✲

Exhibit 28

Dear Ms. Christine Cason,

Regards to a definite infringement of the Angel Soft name, I enclose the importer's information and its sample product.

Please take immediate and proper legal action to cease this confusion in the market. Many people seemed to be misled by this infringed product thinking that the (G.P.) T.V commercial has something to do with the toilet paper they are using.

Regards

Unanimous for Consumer protection.

Enc. copy of Business card

cc: Ms. Emily Breslin

**Law Dept.**
MAY 1 7 2007
**Consumer Products**

## Overview

**BUSINESS SUMMARY**

**YAN WHOLESALE**
**17534 Vacas Cir**
**Fountain Valley, CA 92708**

🔲 **D&B D-U-N-S**    10-973-7499
**Number:**

This is a single location.

**Telephone:** 714 962-2867

**Manager:**    ALLEN CHOW, OWNER

**Year**    2002
**started:**

**Employs:**    1

---

How useful was
the D&B data for
this company?

☆☆☆☆☆
Not Very        Very
Add comments?

▶Submit

**OVERVIEW**
› Business Summary
› Executive Summary
› Credit Capacity
Summary

**SCORES**
› Financial Stress
› Credit Score Class

**PAYMENTS**
› Payment Trends
› Payment Summary
› Payment Details

**PUBLIC FILINGS**

**HISTORY &
OPERATIONS**
› History

---

- ALLEN CHOW

**YAN WHOLESALE**
Importer, Gen. Merchandise, $1 item

(323) 842-5636
—Cell: (714) 724-2506—

17534 Vacas Circle
F.V. CA 92708

---

Allegedly:

1. Importing ~ 100 ~ 200 (approx.) Containers (40' HR)
   every/month

2. Selling ~ $18 / 96 Rolls.

ALLEN CHOW

# YAN WHOLESALE
Importer, Gen. Merchandise, $1 Item

(323) 842-5636

Cell: (714) 724-2500

17534 Vacas Circle
F.V. CA 92708