1  LATHAM & WATKINS LLP
   Stephen P. Swinton (Bar No. 106398)
2  steve.swinton@lw.com
   Adam A. Welland (Bar No. 228680)
3  adam.welland@lw.com
   12636 High Bluff Drive, Suite 400
4  San Diego, California 92130-2071
   Telephone: (858) 523-5400
5  Facsimile: (858) 523-5450

6  Attorneys for Plaintiff,
   GEORGIA-PACIFIC CONSUMER PRODUCTS LP

7

FILED

07 DEC 20 AM 11: 48

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                        DEPUTY

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10  GEORGIA-PACIFIC CONSUMER         )  Civil Action No. 07 CV 2390 JAH POR
    PRODUCTS LP, a Delaware limited  )
11  partnership,                     )  **DECLARATION OF DARWIN D.**
                                     )  **WISDOM IN SUPPORT OF PLAINTIFF**
12              Plaintiff,           )  **GEORGIA-PACIFIC CONSUMER**
                                     )  **PRODUCTS LP'S** *EX PARTE*
13       v.                          )  **APPLICATION FOR A TEMPORARY**
                                     )  **RESTRAINING ORDER AND ORDER TO**
14  YAN WHOLESALE; RUSH WHOLESALE;   )  **SHOW CAUSE RE PRELIMINARY**
    YES WHOLESALE; YES WHOLESALE OF  )  **INJUNCTION**
15  MEXICO; ALLEN YAN CHOW, an       )
    individual; ROMAN RUSHINSKY, an  )  DATE: TBD
16  individual; GLEB TABACHNIK, an   )  TIME: TBD
    individual; JOHN YEH, and individual; and )  CTRM: TBD
17  DOES 1 – 100,                    )
                                     )
18              Defendants.          )
                                     )
19                                   )
                                     )
20  _____ )

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

NSD\89054.2

D. WISDOM DECLARATION ISO GEORGIA-
PACIFIC'S APPLICATION FOR TRO AND OSC

1    I, Darwin D. Wisdom, hereby declare as follows:

2    1.    I am an employee of The Baker Street Group, Inc., a team of private investigators

3 located in San Diego, California. I served for twenty-seven years as an Agent for the Federal

4 Bureau of Investigations and am licensed by the State of California as a Private Investigator. I

5 have been retained to investigate sales and distribution of "Angel" bathroom tissue products. I

6 have personal knowledge of the matters set forth herein, and if I am called upon to testify, I

7 could and would testify competently thereto.

8    **METHODS OF INVESTIGATION**

9    2.    As described in greater detail below, I visited several retail locations believed to

10 sell "Angel" bathroom tissue products. I observed inventory and spoke to either proprietors or

11 employees of these establishments. I also purchased "Angel" bathroom tissue products from

12 several of these stores. I also visited several wholesale businesses at warehouse-type facilities. I

13 observed inventory and activities at these facilities and spoke to several proprietors or employees

14 of such businesses. In addition, I used computer databases, both public and subscription-based

15 to obtain business-related information.

16    **YAN WHOLESALE AND ITS AFFILIATED BUSINESSES**

17    3.    I was informed that Yan Wholesale, 17534 Vacas Circle, Fountain Valley,

18 California 92708 is the owner of a California trademark registration for the mark "Angel" in a

19 stylized design. *See* Exhibit ("Ex.") 1. I conducted public records searches for Yan Wholesale,

20 17534 Vacas Circle, Fountain Valley, California 92708. From these searches, I determined that

21 Yan Wholesale is owned by Allen Yan Chow. I also determined that 17534 Vacas Circle,

22 Fountain Valley, California 92708 is a single family residence owned by Allen Yan Chow. I

23 personally observed the 17534 Vacas Circle, Fountain Valley, California address. Exhibit 2 is an

24 accurate photograph of the single family residence located at that address.

25    4.    I also determined that there are several businesses associated with Allen Yan

26 Chow. One such business is Yan's 99 Cent Store, located at 5516 Whittier Boulevard,

27 Commerce, California 90022. I visited Yan's 99 Cent Store at this location on August 15, 2007.

28 Exhibit 3 to this declaration is an accurate photograph that I took of that location. The sign

1  outside read "Bargain Empire." I observed "Angel 500" bathroom tissue for sale on the shelf

2  and purchased a sample. A true and correct copy of the receipt is attached hereto as Exhibit 4.

3       5.     Another business apparently affiliated with Yan Wholesale and Allen Yan Chow

4  is One Dollar Store, located at 5573 Rosemead Boulevard, Temple City, California. I visited this

5  location on August 15, 2007. Exhibit 5 is an accurate photograph of the business located at this

6  address. This location had a sign that read "$1 Store +" on the exterior. I observed "Angel

7  1500," "Angel 600," and "Angel 525" bathroom tissue products for sale on the shelf at this

8  location. I purchased samples of each such product. A true and correct copy of the receipt is

9  attached hereto as Exhibit 6. Although the receipt states the purchase was made on August 14,

10  2007, it that is not accurate because I made the purchase on August 15, 2007.

11            **RETAIL SALES OF "ANGEL" BATHROOM TISSUE PRODUCTS**

12       6.     On August 28, 2007, I returned to "Bargain Empire," located at 5516 Whittier

13  Boulevard, Commerce, California. Although Mr. Bijan Anav is listed as the "owner," I spoke

14  with Mr. Bahram Anav, who indicated that he was an employee and the buyer for the store.

15  Bahram Anav informed me that he personally picks up the merchandise to sell at Bargain

16  Empire. I observed "Angel 500" bathroom tissue on the shelves of Bargain Empire. Bahram

17  Anav showed me an invoice for the "Angel 500" product. He informed me that he purchased

18  "Angel 500" at a price of $20.00 for 96 rolls. I observed that the invoice was from Double

19  Bargain, located at 3033 Bandini Boulevard, Vernon, California, (323) 262-9955.

20       7.     Also on August 28, 2007, I returned to the "$1 Store +," located at 5573

21  Rosemead Boulevard, Temple City, California, phone (626) 285-3643. I spoke with Ms. Betty

22  Chau, who said she was the wife of the manager, Mr. Joe Chau. I observed "Angel 525," "Angel

23  600," and "Angel 1500" bathroom tissue on the shelf for sale at this location.

24            **WHOLESALING OF "ANGEL" BATHROOM TISSUE PRODUCTS**

25       8.     On August 28, 2007, I visited the business area in the vicinity of 3033 Bandini

26  Boulevard, Vernon, California. I personally observed various businesses located in warehouse

27  type facilities, each with a small office, a loading dock, and merchandise which could be

28

1  observed within the warehouse area. Numerous people came and went from these facilities.

2  They appeared to be buying various products and in the instances observed, were paying cash.

3       9.    On August 28, 2007, I entered the "Double Bargain" business at 3033 Bandini

4  Boulevard, Vernon, California. This was the business name and address from the receipt for

5  "Angel 500" product I observed at the "Bargain Empire" business earlier in the day. I spoke

6  with Michelle Lee, who informed me that she was the General Manager of Double Bargain. She

7  denied that Double Bargain sells "Angel" products. She identified the distributor of Angel

8  products as "Allen (last name unknown)." She stated that she will not do business with Allen

9  because he is "killing the market" by selling the "Angel" product at a price that undercuts the

10  market.

11      10.    On August 28, 2007, I visited Royal Imports, Inc., located at 3003 Bandini

12  Boulevard, Vernon, California, phone (323) 265-1596. I spoke with Mr. Joe Roueenffar, a co-

13  owner of Royal Imports, Inc. I observed "Angel 600" bathroom tissue on the dock. Mr.

14  Roueenffar stated that he purchases the "Angel" product from Yan Wholesale, which he

15  described as the only distributor anywhere for the "Angel product." I asked him for the address

16  of Yan Wholesale to which he responded that "they are not located anywhere." Mr. Roueenffar

17  stated that the individual from Yan Wholesale who sells to Royal Imports is "Allen" (last name

18  not known), "who is known by, and sells to, everyone." According to Mr. Roueenffar, Allen

19  shows up around 5:00 PM every day in the area of the Bandini Boulevard businesses to deliver

20  the "Angel" bathroom tissue product. Mr. Roueenffar said he also sells "Angel 500" bathroom

21  tissue.

22      11.    On August 28, 2007, I visited Best Deal Closeout, Inc., located at 3011 Bandini

23  Boulevard, Vernon, California. The sign at that location read "AB Best Deal Import." I

24  observed "Angel 500" and "Angel 600" bathroom tissue products. I specifically observed an

25  entire typical ocean shipping container of "Angel 500" product being off-loaded at the Best Deal

26  dock. I spoke with Ms. Oddie Suvat. Ms. Suvat stated that Best Deal purchases "Angel 500"

27  and "Angel 600" from "Allen" (last name unknown). Ms. Suvat checked a document and

28  provided the "address" for Allen as Yan Wholesale, 17534 Vacas Circle, Fountain Valley,

LATHAM&WATKINS  NSD\89054.2
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY         3      D. WISDOM DECLARATION ISO GEORGIA-
PACIFIC'S APPLICATION FOR TRO AND OSC

1  California 92708. She said Allen ships the Angel product from China to the Long Beach harbor.

2  She said that Allen has been in business for twenty years and sells to "everyone" in the area of

3  her business.

4  **ROMAN RUSHINSKY, RUSH WHOLESALE, AND YES WHOLESALE**

5      12.    At the start of my investigation, I was informed that "Angel" products had been

6  advertised on a website listed for Rush Wholesale, http://www.rushinsky.com/angel500. I was

7  also informed that an individual named Roman Rushinsky operates this website to promote and

8  sell the unauthorized "Angel" product.

9      13.    A picture of the "Angel" product as advertised by Mr. Rushinsky on this website

10  is shown below:

11
12
13
14
15  
16
17
18

19      14.    This website advertises "Angel 500" as "Top Quality Bathroom Tissue." The

20  website identifies the distributor as Rush Wholesale, which is listed as "serving San Diego,

21  National City, Chula Vista, El Cajon, and many other areas." The website indicates that other

22  Angel products, including Angel 600 and Angel 650 are "other products available and new

23  products that're coming soon." A true and correct copy of a print out from this website printed

24  on December 4, 2007 is attached hereto as Exhibit 7.

25      15.    I was informed that Roman Rushinsky is the registered owner of Rush Wholesale

26  and that the fictitious business name statement for Rush Wholesale lists the address for both Mr.

27  Rushinsky and Rush Wholesale as 2510 Howard Avenue #1, San Diego, California 92104. On

28  August 27, 2007, I personally observed and took photographs of the residential unit located at

1  2510 Howard Avenue #1, San Diego, California. Exhibit 8 is an accurate photograph of the

2  residential unit located at this address.

3      16.    I also was informed that the domain name www.rushinsky.com is registered to

4  Roman Rushinsky, 8310 Regents Road, Unit 3K, San Diego, California 92122. On August 14,

5  2007, I personally observed and took photographs of the 8310 Regents Road, Unit 3K, San

6  Diego, California address. Exhibit 9 is an accurate photograph of the condominium or apartment

7  unit located at that address.

8      17.    I spoke with Roman Rushinsky by telephone on September 24, 2007. Mr.

9  Rushinsky informed me that he presently is a student at San Diego State University. When I

10 asked Mr. Rushinsky about his involvement with Rush Wholesale, he stated that he since had

11 abandoned Rush Wholesale because he lost his supplier, which he identified as Yes Wholesale,

12 located in Alameda, California. Mr. Rushinsky confirmed that the product being supplied was

13 bathroom tissue. He refused to supply any additional information regarding Rush Wholesale.

14 Although Mr. Rushinsky claimed to have abandoned Rush Wholesale, as noted above, his

15 website still advertises "Angel 500" and other "Angel" products.

16      I declare under penalty of perjury under the laws of the United States that the foregoing is

17 true and correct. Executed this 18 day of December, 2007, at San Diego, California.

18

19                                              Darwin J. Wisdom
                                                _____
20                                              Darwin Wisdom

21

22

23

24

25

26

27

28

**EXHIBITS**

1.       EXHIBIT 1:  California Trademark registration for the mark "Angel" in a stylized design registered to Yan Wholesale, 17534 Vacas Circle, Fountain Valley, California 92708.

2.       EXHIBIT 2:  Photograph of Allen Chow Yan residence at 17534 Vacas Circle, Fountain Valley, CA.

3.       EXHIBIT 3:  Photograph of "Bargain Empire" business located at 5516 Whittier Blvd., Commerce, California 90022.

4.       EXHIBIT 4:  Copy of receipt for purchase of "Angel 500" product from "Bargain Empire."

5.       EXHIBIT 5:  Photograph of "$1 Store +" located at 5573 Rosemead Blvd., Temple City, California.

6.       EXHIBIT 6:  Copy of receipt for purchase of "Angel 1500," "Angel 600," and "Angel 525" bathroom tissue products from "$1 Store +."

7.       EXHIBIT 7:  Print-out of Rush Wholesale website for "Angel 500" product.

8.       EXHIBIT 8:  Photograph of the residential unit located at 2510 Howard Avenue #1, San Diego, California 92104.

9.       EXHIBIT 9:  Photograph of the condominium or apartment unit located at 8310 Regents Road, Unit 3K, San Diego, California 92122.

Exhibit 1

© 2004, CT Corsearch. All Rights Reserved.
California Trademarks

Get Trademark Design

**Trademark Name:** ANGEL

(WORDS AND DESIGN)

**Serial Number:** 73600323

**Official Status:** REGISTERED

**Status Date:** March 23, 2004

**Goods/Services:** BATHROOM TISSUE, NAPKINS, KITCHEN TOWEL AND HAND TOWEL

**International Class:** 16 (PAPER GOODS AND PRINTED MATTER) - PRIMARY CLASS

**U.S. Class:** 37 (PAPER AND STATIONERY) - SECONDARY CLASS

**State of Registration:** CALIFORNIA

**Registration Number:** 109928

**Registration Date:** March 23, 2004

**Active/Inactive:** ACTIVE

**First Use Date:** August 21, 2002

**Word Count:** 1

**Description of Mark:** STYLIZED WORD "ANGEL" AND BABY ANGEL WITH SHORT CURLY HAIR, WINKING ITS LEFT ONE EYE, WINGS STRETCHED, HOLDING A HEART WITH BOTH HANDS AND WEARING HEAD BAND. ALL WITHIN A RECTANGLE BORDER WITH FLOWERY BACKGROUND

*********************** OWNERSHIP INFORMATION ***********************

**Owner:** YAN WHOLESALE
    17534 VACAS CIRCLE
    FOUNTAIN VALLEY, CA 92708
    AS OF March 23, 2004

**Registrant:** YAN WHOLESALE
    17534 VACAS CIRCLE
    FOUNTAIN VALLEY, CA 92708
    AS OF March 23, 2004

Tips





Exhibit 3



5516 Whittier
Commerce Bvo

8/15/07 dw
Bargain Empire

08-15-07

01  *3.99 XT
    *3.99 ST
    *0.33 X1

    *4.32 TL
    *5.00 M
    *0.68 CG

600-0057
*   12-36

Exhibit 5

```
$1 Dollar Store
5573 Rosemead Blvd
Temple City, CA
                8/15/07 bw

08-14-07

03 π * 2.99  1
03 π · 1.99  1
03 π · 0.75  1
      · 5.73 ST
      · 0.47 π 1

          3  Q
      · 6.20 CA

301-7886
```

Exhibit 7

Top Quality Bathroom Tissue
Distr. by Rush Wholesale

Call 619-850-4222
email: mmansf@gmail.com
-Roman

Serving all of San Diego, National City, Chula Vista, El Cajon and many other areas. Call for other areas.

## Angel 500 -- Top Quality Bathroom Tissue -- 500 sheets per roll!!!



**Each case has 48 rolls.**
(12-rolls shown) -- (4) x 12-packs = 48 rolls

| Angel 500 | 1 pallet | Half Container | Whole Container |
|---|---|---|---|
| # of cases | 30 | 500 | 978 to 1018 |
| $ per unit | $0. 25 | $ 0.23 | call for details |
| $ per case | $12 | $ 11 | call for details |

This bathroom tissue is unscented, safe for sensitive skin, septic tanks and low flush toilets. Bathroom tissue 500 sheets - 2 Ply. 10.8 cm x 9.8 cm (4.25" x 3.86") 5.29 sq. m (57 sq. ft.)

- Note: Each case consists of 48 rolls, (4) 12-packs.
- Prices includes free delivery to San Diego Area.
- 30 cases minimum order for free local delivery.
- Shipping also available to other areas through ground and air.
- Call for free quote: 619-850-4222

### Air Shipping available via UPS. Call 1-619-850-4222 for details.

### Check Out Other Products Available And New Products That're Coming Soon

| | |
|---|---|
| | **Angel 600**<br>**(600 Sheets - Double Roll)**<br><br>**6-pack**<br>**48 rolls per case** |
| | **Angel 650**<br>**(650 Sheets - Triple Roll)**<br><br>**6-pack**<br>**48 rolls per case** |
| | **Angel 4-pack**<br>**(400 Sheets per roll)**<br>**48 rolls per case** |
| | **Soft & Silky**<br><br>**200 Napkins** |
| | **Big Roll - Paper Towel**<br><br>**110 Sheets** |

© 2006 Angel 500



Exhibit 9