```
 1  LATHAM & WATKINS LLP
    Stephen P. Swinton (Bar No. 106398)
 2  steve.swinton@lw.com
    Adam A. Welland (Bar No. 228680)
 3  adam.welland@lw.com
    12636 High Bluff Drive, Suite 400
 4  San Diego, California 92130-2071
    Telephone: (858) 523-5400
 5  Facsimile:  (858) 523-5450

 6  Attorneys for Plaintiff,
    GEORGIA-PACIFIC CONSUMER PRODUCTS LP
 7
```

FILED
07 DEC 20 AM 11:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___P___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>YAN WHOLESALE; RUSH WHOLESALE; YES WHOLESALE; YES WHOLESALE OF MEXICO; ALLEN YAN CHOW, an individual; ROMAN RUSHINSKY, an individual; GLEB TABACHNIK, an individual; JOHN YEH, and individual; and DOES 1 – 100,<br><br>Defendants. | CIVIL ACTION NO. 07 CV 2390 JAH POR<br><br>**DECLARATION OF RANDAL J. PISSOT IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>DATE: TBD<br>TIME: TBD<br>CTRM: TBD |

LATHAM&WATKINS LLP  SD\610175.1
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

DECLARATION OF RANDAL PISSOT ISO
PLAINTIFF'S EX PARTE APPLICATION FOR A
TRO AND OSC RE PRELIMINARY INJUNCTION

1  I, Special IRS Agent, retired, Randal J. Pissot, hereby declare as follows:

2  1. I am an employee of The Baker Street Group, Inc., a team of private investigators located in San Diego, California. I am licensed by the State of California as a Private Investigator through The Baker Street Group. I have been retained to investigate sales and distribution of "Angel" bathroom tissue products. I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could and would testify competently thereto.

### RETAIL SALES OF "ANGEL" BATHROOM TISSUE PRODUCTS

2. On September 12, 2007, I visited several retail store locations in the south San Diego, California area. I purchased "Angel" bathroom tissue products at several locations as detailed in the table below:

| Retail Location | Product Purchased | Listing on Receipt |
|---|---|---|
| La Bodega Wholesale<br>388 Calle Primera<br>San Ysidro, CA 92173 | Angel 500 (12 count package) | "Angel Toilet Tissue 12CT" |
| La Bodeguita<br>4174 Beyer Blvd.<br>San Ysidro, CA 92173 | Angel 500 (3 rolls) | "Angel Tissue" |
| One Dollar Store<br>1070 13th St.,<br>Imperial Beach, CA | Angel 500 | n/a |
| La Bodega Market<br>1193 Broadway<br>Chula Vista, CA 91911 | Angel 500 (12 count package) | "Angel Toilet Tissue 12CT" |
| Wrigley's Supermarkets<br>34 North Euclid Ave<br>National City, CA | Angel 500 (2 rolls) | "Angel Bath Tissue" |

3. Attached hereto as Exhibit 1 is a true and correct copy of a receipt from my purchases at La Bodega Wholesale (with other items purchased redacted from said copy).

4. Attached hereto as Exhibit 2 is a true and correct copy of a receipt from my purchases at La Bodeguita (with other items purchased redacted from said copy).

5. Attached hereto as Exhibit 3 is a true and correct copy of a receipt from my purchases at One Dollar Store.

6. Attached hereto as Exhibit 4 is a true and correct copy of a receipt from my purchases at La Bodega Market.

LATHAM&WATKINS SD\610175.1
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

1

DECLARATION OF RANDAL PISSOT ISO
PLAINTIFF'S EX PARTE APPLICATION FOR A
TRO AND OSC RE PRELIMINARY INJUNCTION

7. Attached hereto as Exhibit 5 is a true and correct copy of a receipt from my purchases at Wrigley's Supermarkets.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by me on this 18th day of December 2007.

_____
Randal J. Pissot

LATHAM&WATKINS  SD\610175.1

ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

2

DECLARATION OF RANDAL PISSOT ISO
PLAINTIFF'S EX PARTE APPLICATION FOR A
TRO AND OSC RE PRELIMINARY INJUNCTION

12/18/2007 17:22 FAX 8586731050    BAKER STREET GROUP    ☒006

```
              LA BODEGA WHOLESALE
               388 CALLE PRIMERA
               San Ysidro CA 92173
                  619-662-3032
              Cashier:  YOLANDA A.


ANGEL TOILET TISSUE 12CT            3.69 T


                        SUBTOTAL    5.58
                             TAX    0.43
                           TOTAL    6.01
                            CASH   10.01
                          CHANGE    4.00

                     Item Count 2

                 Gracias Por Su Compra !!!
                      Thank You !!!

        Date     Time    Lane  Clerk  Trans #
        09/12/07 11:03 AM  3    93      44
```

Exhibit 2

```
              LA BODEGUITA
             4174 Beyer Blvd
           San Ysidro, CA 92173
              (619) 428-0142
      9/12/2007 11:24:43 AM  2 99 2 18
       Cashier: Maria Guadalupe L.


  ANGEL TISSUE 12CT              0.45 T

  ANGEL TISSUE 12CT              0.45 T

  ANGEL TISSUE 12CT              0.45 T


              SUBTOTAL      2.70
      2.70    TAX 7.75 %    0.21
                 TOTAL      2.91
                  CASH      3.00
                CHANGE      0.09

              Item Count 6

          GRACIAS POR SU COMPRA!!!
```

```
    YOUR RECEIPT
     THANK YOU


DATE 09.11.'07      TUE

DEPT.2 X1          $0.99
TAX1 AMT           $0.08
TOTAL              $1.07
CASH               $1.07
CHANGE             $0.00
CLERK 1      NO.073732
TIME 12:31          0000
```

Exhibit 4

```
1193 BROADWAY
CHULA VISTA, CA. 91911
    9/12/2007 1:26:01 PM  3 185 3 5
         Cashier:  OLIVIA Q.


ANGEL TOILET TISSUE 12CT         3.69 T


                  SUBTOTAL    3.69
        3.69    TAX 7.75 %    0.29
                     TOTAL    3.98
                      CASH    5.00
                    CHANGE    1.02

              Item Count 1

Thank You!!!
VISITENOS PRONTO
Presente su recibo para devoluciones
```



## Wrigley's Supermarkets

34 NORTH EUCLID AVENUE
NATIONAL CITY
619-264-4444

```
                                    GABBY
0001 04 04858753 09/12/07   2:00pm 667
   ANGEL BATH TISU           $0.69  T
   ANGEL BATH TISU           $0.69  T


       SUBTOTAL              $1.38
           TAX               $0.12
         TOTAL               $1.50

          CASH              $10.00
        CHANGE               $8.50


# OF ITEMS: 2
```

### THANK YOU