IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>        Plaintiff,<br><br>  v.<br><br>YAN WHOLESALE; RUSH WHOLESALE; YES WHOLESALE; YES WHOLESALE OF MEXICO; ALLEN YAN CHOW, an individual; ROMAN RUSHINSKY, an individual; GLEB TABACHNIK, an individual; JOHN YEH, and individual; and DOES 1 – 100,<br><br>        Defendants. | Civil Action No. 07-CV-02390 JAH POR<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

Defendants, their parents, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by service on or before December 28, 2007 are restrained from manufacturing, importing, distributing, shipping, advertising, marketing, promoting, selling, or offering to sell the "Angel" bathroom tissue products bearing marks or images that are the same or similar to those used currently.

Defendants, their parents, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them shall immediately:

(a) withdraw from the market any "Angel" bathroom tissue products bearing marks or images that are the same or similar to those used currently, and refrain from importing, manufacturing, distributing, shipping, advertising, marketing, promoting, selling or offering to sell any additional "Angel" bathroom tissue products; and

(b) file with the Court and serve upon Georgia-Pacific's counsel within two weeks after entry of the requested Temporary Restraining Order a report, in writing and under oath, describing in detail the actions taken by Defendants to comply with the requirements of the Temporary Restraining Order.

Pursuant to Federal Rule of Civil Procedure 65(c), this injunction will be effective upon Plaintiff's posting of a bond in the amount of $10,000.00.

IT IS SO ORDERED.

IT IS FURTHER ORDERED:

1. Plaintiff shall serve copies of this Order, the complaint, the motion for temporary restraining order and declarations in support on Defendants **on or before December 28, 2007**.

2. Defendants shall file a response to the motion for preliminary injunction **on or before January 3, 2008.**

3. The parties shall appear before this Court in Courtroom 11 at 940 Front Street, San Diego, California 92101 for a hearing on the motion for preliminary injunction on **January 7, 2008 at 3:00 p.m.**

Dated: December 20, 2007

_____
United States District Judge