Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2007 DEC 20  PM 12:32

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership

vs

YAN WHOLESALE; RUSH WHOLESALE; YES WHOLESALE; YES WHOLESALE OF MEXICO; ALLEN YAN CHOW, an individual, ROMAN RUSHINSKY, an individual; GLEB TABACHNIK, an individual; and DOES 1-100

## SUMMONS IN A CIVIL ACTION

Case No.

'07 CV 2390 JAH POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Stephen P. Swinton
LATHAM & WATKINS LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130-2071

An answer to the complaint which is herewith served upon you, within __twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

K. HAMMERLY

By _____, Deputy Clerk

DEC 20 2007

DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE | 12-22-07 |
| NAME OF SERVER  DARWIN D. WISDOM | TITLE | Private Investigator |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: ALLEN YAN CHOW AS owner OF YAN Wholesale 17534 VACAS Circle Fountain Valley, CA

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | | TOTAL | |
|---|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 12-22-07
Date

Signature of Server: Darwin D. Wisdom

Address of Server: 16476 Bernardo Center Drive #221 San Diego, CA 92128

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROV███████████████████ AT A U.S. MAGISTRATE OF
THIS DISTRICT MAY, UPON THE C                         OCEEDINGS, INCLUDING A
JURY OR NON-JURY TRIAL, AND C    Darwin D. Wisdom  (858) 673-5400   - FOR THE PLAINTIFF HAS
RECEIVED A CONSENT FORM.         FBI Special Agent, retired

YOU SHOULD BE AWARE THAT Y                                TIRELY VOLUNTARY AND
SHOULD BE COMMUNICATED SOL   BAKER STREET GROUP           CONSENT WILL THE JUDGE
OR MAGISTRATE TO WHOM THE C  16476 Bernardo Center Drive  ISION.
                             Suite 221
                             San Diego, CA 92128
JUDGMENTS OF THE U.S. MAGISTR  Fax (858) 673-1050         LS IN ACCORDANCE WITH
THIS STATUTE AND THE FEDERAL  wisdom@bakerstreetgroup.com   CA P.I. Lic.#22086

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1   11:34am)

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE | 12-22-07 |
| NAME OF SERVER Darwin D. Wisdom | TITLE | Private Investigator |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: ROMAN RUSHINSKY as owner of RUSH Wholesale 2445 El Cajon Blvd, San Diego, CA

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | | TOTAL | |
|---|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 12-22-07         Signature of Server: Darwin D. Wisdom
Address of Server: 16476 Bernardo Center Dr #221 San Diego, CA 92128

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE P[REDACTED]D THAT A U.S. MAGISTRATE OF
THIS DISTRICT MAY, UPON T[REDACTED]_ PROCEEDINGS, INCLUDING A
JURY OR NON-JURY TRIAL, A[REDACTED] NSEL FOR THE PLAINTIFF HAS
RECEIVED A CONSENT FORM.

Darwin D. Wisdom   (858) 673-5400
FBI Special Agent, retired

YOU SHOULD BE AWARE THA[T]         BAKER STREET GROUP         ENTIRELY VOLUNTARY AND
SHOULD BE COMMUNICATED                                        IES CONSENT WILL THE JUDGE
OR MAGISTRATE TO WHOM T[HE]        16476 Bernardo Center Drive   DECISION.
                                   Suite 221
                                   San Diego, CA 92128
JUDGMENTS OF THE U.S. MAGI[STRATE] Fax (858) 673-1050           PEALS IN ACCORDANCE WITH
THIS STATUTE AND THE FEDE[RAL]     wisdom@bakerstreetgroup.com   CA P.I. Lic. #22086

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1    11:34am

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 12-22-07 |
|---|---|
| NAME OF SERVER DARWIN D WISDOM | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: ALLEN YAN CHOW 17534 VACAS CIRCLE FOUNTAIN VALLEY, CA

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | | TOTAL | |
|---|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 12-22-07
Date

Signature of Server: Darwin D Wisdom

Address of Server: 16476 Bernardo Center Drive #221, San Diego, CA 92128

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 ███████ AGISTRATE OF THIS DISTRICT MAY, UPON THE CONSENT OF , INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE      PLAINTIFF HAS RECEIVED A CONSENT FORM.

Darwin D. Wisdom  (858) 673-5400
FBI Special Agent, retired

YOU SHOULD BE AWARE THAT YOUR DECIS                                   LUNTARY AND
SHOULD BE COMMUNICATED SOLELY TO THE    BAKER STREET GROUP            ILL THE JUDGE
OR MAGISTRATE TO WHOM THE CASE HAS BE   16476 Bernardo Center Drive
                                        Suite 221
                                        San Diego, CA 92128
                                        Fax (858) 673-1050
JUDGMENTS OF THE U.S. MAGISTRATES ARE   wisdom@bakerstreetgroup.com   CA P.I. Lic.#22086   RDANCE WITH
THIS STATUTE AND THE FEDERAL RULES OF

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1   11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 12-22-07 |
| NAME OF SERVER Darwin D Wisdom | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: ROMAN RUSHINSKY 2445 El Cajon Blvd, San Diego, CA

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL | |
|---|---|---|---|---|
| | | | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 12-22-07
Date

Signature of Server: Darwin D Wisdom

Address of Server: 16476 Bernardo Center Dr. #221, San Diego, CA 92128

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH TH[redacted]IED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON[redacted] ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL[redacted] OUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FOR[redacted]

YOU SHOULD BE AWARE T[redacted] IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATI[redacted] RTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM[redacted] UR DECISION.

JUDGMENTS OF THE U.S. M[redacted] APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FE[redacted]

Darwin D. Wisdom   (858) 673-5400
FBI Special Agent, retired

**BAKER STREET GROUP**
16476 Bernardo Center Drive
Suite 221
San Diego, CA 92128
Fax (858) 673-1050
wisdom@bakerstreetgroup.com   CA P.I. Lic.#22086

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

:ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1   11:34am)