1  LATHAM & WATKINS LLP
   Stephen P. Swinton (Bar No. 106398)
2  steve.swinton@lw.com
   Adam A. Welland (Bar No. 228680)
3  adam.welland@lw.com
   12636 High Bluff Drive, Suite 400
4  San Diego, California 92130-2071
   Telephone: (858) 523-5400
5  Facsimile: (858) 523-5450

6  Attorneys for Plaintiff,
   GEORGIA-PACIFIC CONSUMER PRODUCTS LP
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | GEORGIA-PACIFIC CONSUMER      ) Civil Action No. 07-CV-2390 JAH (POR)
   | PRODUCTS LP, a Delaware limited )
12 | partnership,                    ) **CERTIFICATE OF SERVICE**
   |                                )
13 |         Plaintiff,             )
   |                                )
14 |     v.                         )
   |                                )
15 | YAN WHOLESALE; RUSH WHOLESALE; )
   | YES WHOLESALE; YES WHOLESALE OF )
16 | MEXICO; ALLEN YAN CHOW, an      )
   | individual; ROMAN RUSHINSKY, an )
17 | individual; GLEB TABACHNIK, an  )
   | individual; JOHN YEH, and individual; and )
18 | DOES 1 – 100,                   )
   |                                )
19 |         Defendants.            )
   |                                )
20 |_____)

21

22

23

24

25

26

27

28

LATHAM*WATKINS* NSD\90958.1                                Civil Action No. 07-CV-2390 JAH (POR)
 ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

1    I am employed in the County of San Diego, State of California. I am over the age of 18 years and
2  not a party to this action. My business address is: Baker Street Group, 16476 Bernardo Center Drive,
3  Suite 221, San Diego, California 92128.
4    On December 22, 2007, I served the following document described as:
5    1. NOTICE OF PARTY WITH FINANCIAL INTEREST
6    2. PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER
7       AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION
8    3. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX
9       PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION
10
11   4. DECLARATION OF ADAM WELLAND IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX PARTE*
        APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND
12      ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION
13   5. DECLARATION OF ANDREW TOWLE IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX PARTE*
14      APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION
15
     6. DECLARATION OF DARWIN D. WISDOM IN SUPPORT OF
16      PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER
17      AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION
18   7. DECLARATION OF RANDAL J. PISSOT IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX PARTE*
19      APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION
20
     8. TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE
21
22   by serving a true copy of the above-described document in the following manner:
23                                    **BY HAND DELIVERY**
24      I personally hand delivered the above-described documents to the party listed below on
25   December 22, 2007:
26
27
28

| | |
|---|---|
| Allen Yan Chow, an individual<br>17534 Vacas Circle<br>Fountain Valley, CA 92708 | Allen Yan Chow, owner of Yan Wholesale<br>17534 Vacas Circle<br>Fountain Valley, CA 92708 |
| Roman Rushinsky, an individual<br>2445 El Cajon Boulevard<br>San Diego, CA 92104 | Roman Rushinsky, owner of Rush Wholesale<br>2445 El Cajon Boulevard<br>San Diego, CA 92104 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 12-27-07, at the city of San Diego, California.

_____
Darwin D. Wisdom
Private Investigator