| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   | Stephen P. Swinton (Bar No. 106398) |
| 2 | steve.swinton@lw.com |
|   | Adam A. Welland (Bar No. 228680) |
| 3 | adam.welland@lw.com |
|   | 12636 High Bluff Drive, Suite 400 |
| 4 | San Diego, California 92130-2071 |
|   | Telephone: (858) 523-5400 |
| 5 | Facsimile: (858) 523-5450 |

FILED
2007 DEC 28 PM 2:55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

6  Attorneys for Plaintiff,
   GEORGIA-PACIFIC CONSUMER PRODUCTS LP

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,

    Plaintiff,

v.

YAN WHOLESALE; RUSH WHOLESALE; YES WHOLESALE; YES WHOLESALE OF MEXICO; ALLEN YAN CHOW, an individual; ROMAN RUSHINSKY, an individual; GLEB TABACHNIK, an individual; JOHN YEH, and individual; and DOES 1 – 100,

    Defendants.

Civil Action No. 07-CV-02390 JAH POR

**DECLARATION OF ALEXANDER E. LONG REGARDING PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S BOND FILING PURSUANT TO LOCAL CIVIL RULE 65.1.2**

I, Alexander E. Long, hereby declare as follows:

1.  I am an attorney with Latham & Watkins LLP, counsel for Georgia-Pacific Consumer Products LP ("Georgia-Pacific"). I am licensed to practice law in the State of California and admitted before this Court. I submit this declaration in support of Plaintiff Georgia-Pacific's filing of a bond, in the amount of $10,000.00, filed concurrently herewith.

2.  The facts set forth herein are within my personal knowledge, to which I could and would testify competently if called upon to do so.

3.  Attached hereto as Exhibit 1 is a true and correct copy of the Undertaking for Temporary Restraining Order.

4.  The bond replicated at Exhibit 1 has been examined and recommended for approval as provided in Civil Local Rule 65.1.2, and the within bond is required by law to be approved by a judge.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by me on this 28th day of December 2007.

_____
Alexander E. Long

Exhibit 1

Bond No. 105003124
Premium: $ 100.00

Court Undertaking

SURETY: TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
(Address of Surety for service of process):    One Tower Square
                                                Hartford           CT  06183

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

GEORGIA-PACIFIC CONSUMER           )
PRODUCTS LP, a Delaware limited    )    Case No. 07-CV-02390 JAH POR
partnership,                       )
                                   )
         Plaintiff,                )
                                   )
    v.                             )
                                   )    Undertaking for
YAN WHOLESALE; RUSH WHOLESALE;     )    TEMPORARY RESTRAINING
YES WHOLESALE; YES WHOLESALE OF    )    ORDER
MEXICO; ALLEN YAN CHOW, an         )
individual; ROMAN RUSHINSKY, an
individual; GLEB TABACHNIK, an
individual; JOHN YEH, and individual; and
DOES 1 – 100,

         Defendants.

   WHEREAS, the above named PLAINTIFF, desires to give an undertaking for Temporary Restraining Order, as provided to be given in Rule 65 of the Federal Rules of Civil Procedure.

   NOW, THEREFORE, the undersigned Surety, a surety company authorized to act as surety on bonds and undertakings in the State of California, does hereby obligate itself to the said DEFENDANTS, under such statutory obligations in the sum of _____
_____ Ten Thousand and 00/100 Dollars ($ 10,000.00        ).

   IN TESTIMONY WHEREOF, the said Surety has caused its corporate name and seal to be hereunto affixed by its duly authorized officer at    Philadelphia  PA   , on this    28th    day of         December        , 2007 .

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

By: _____Halina Kazmierczak_____    Attorney-in-Fact
    Halina Kazmierczak

ATTACHMENT

Obligee Address:

Allen Yan Chow
17534 Vacas Circle
Fountain Valley, CA 92708

Yan Wholesale
Allen Yan Chow (owner)
17534 Vacas Circle
Fountain Valley, CA 92708

Roman Rushinski
2445 El Cajon Boulevard
San Diego, CA 92104

Rush Wholesale
Roman Rushinski (owner)
2445 El Cajon Boulevard
San Diego, CA 92104

## ACKNOWLEDGEMENT OF SURETY

STATE OF     NEW YORK     )

CITY OF      NEW YORK     )     SS:

COUNTY OF    NEW YORK     )

On this **28th** day of **December,** in the year **2007**, before me personally came to me known, who, being by me duly sworn, did depose and say that **Halina Kazmierczak** he/<u>she</u> resides in **New York, NY**, that he/<u>she</u> is the **Attorney-in-Fact** of **Travelers Casualty and Surety Company of America**, the corporation described in and which executed the above instrument; and that he/<u>she</u> signed his/<u>her</u> name thereto by order of the Board of Directors of said Corporation.

CYNTHIA FARRELL
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01FA6047087
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES AUG. 28, 2010

_____
Notary Public or Commissioner of Deeds

# Power of Attorney
380063

WESTCHESTER FIRE INSURANCE COMPANY  1235917

Know all men by these presents: That WESTCHESTER FIRE INSURANCE COMPANY, a corporation of the State of New York, having its principal office in the City of Atlanta, Georgia, pursuant to the following Resolution, adopted by the Board of Directors of the said Company on December 11, 2006, to wit:

"RESOLVED, that the following authorizations relate to the execution, for and on behalf of the Company, of bonds, undertakings, recognizances, contracts and other written commitments of the Company entered into the ordinary course of business (each a "Written Commitment"):

(1) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise.

(2) Each duly appointed attorney-in-fact of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise, to the extent that such action is authorized by the grant of powers provided for in such persons written appointment as such attorney-in-fact.

(3) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to appoint in writing any person the attorney-in-fact of the Company with full power and authority to execute, for and on behalf of the Company, under the seal of the Company or otherwise, such Written Commitments of the Company as may be specified in such written appointment, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(4) Each of the Chairman, the President and Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to delegate in writing to any other officer of the Company the authority to execute, for and on behalf of the Company, under the Company's seal or otherwise, such Written Commitments of the Company as are specified in such written delegation, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(5) The signature of any officer or other person executing any Written Commitment or appointment or delegation pursuant to this Resolution, and the seal of the Company, may be affixed by facsimile on such Written Commitment or written appointment or delegation.

FURTHER RESOLVED, that the foregoing Resolution shall not be deemed to be an exclusive statement of the powers and authority of officers, employees and other persons to act for and on behalf of the Company, and such Resolution shall not limit or otherwise affect the exercise of any such power or authority otherwise validly granted or vested.

FURTHER RESOLVED, that the Resolution of the Board of Directors of the Company adopted at the meeting held on November 8, 1999 relating to the authorization of certain persons to execute, for and on behalf of the Company, Written Commitments and appointments and delegations, is hereby rescinded.

Does hereby nominate, constitute and appoint VIVIAN CARTI, DEBRA A. DEMING, BETTY CALDERON, HALINA KAZMIERCZAK, CYNTHIA FARRELL, THOMAS RHATIGAN, SANDRA DIAZ, EVANGELINA L. DOMINICK, ANNETTE M. LEUSCHNER, SUSAN RAVID and MICHAEL KUBIS all of the City of New York, State of New York, each individually if there be more than one named, its true and lawful attorney-in-fact, to make, execute, seal and deliver on its behalf, and as its act and deed any and all bonds, undertakings, recognizances, contracts and other writings in the nature thereof in penalties not exceeding Ten Million Dollars ($10,000,000) and the execution of such writings in pursuance of these presents shall be as binding upon said Company, as fully and amply as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its principal office.

IN WITNESS WHEREOF, the said Stephen M. Haney, Vice-President, has hereunto subscribed his name and affixed the corporate seal of the said WESTCHESTER FIRE INSURANCE COMPANY this 20th day of November 2007.

WESTCHESTER FIRE INSURANCE COMPANY



Stephen M. Haney, Vice President

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA   ss.

On this 20th day of November, A.D. 2007, before me, a Notary Public of the Commonwealth of Pennsylvania in and for the County of Philadelphia came Stephen M. Haney, Vice-President of the WESTCHESTER FIRE INSURANCE COMPANY to me personally known to be the individual and officer who executed the preceding instrument, and he acknowledged that he executed the same, and that the seal affixed to the preceding instrument is the corporate seal of said Company, that the said corporate seal and his signature were duly affixed by the authority and direction of the said corporation, and that Resolution, adopted by the Board of Directors of said Company, referred to in the preceding instrument, is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Philadelphia the day and year first above written.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KAREN E. BRANDT, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 26, 2010

Notary Public

I, the undersigned Assistant Secretary of WESTCHESTER FIRE INSURANCE COMPANY, do hereby certify that the original POWER OF ATTORNEY, of which the foregoing is a substantially true and correct copy, is in full force and effect.

In witness whereof, I have hereunto subscribed my name as Assistant Secretary, and affixed the corporate seal of the Corporation, this 28th day of December 2007.



William L. Kelly, Assistant Secretary

THIS POWER OF ATTORNEY MAY NOT BE USED TO EXECUTE ANY BOND WITH AN INCEPTION DATE AFTER November 20, 2009.

THE BACK OF THIS DOCUMENT LISTS VARIOUS SECURITY FEATURES THAT WILL PROTECT AGAINST...

**FINANCIAL STATEMENT**         **DECEMBER 31, 2006**

## ADMITTED ASSETS

| | |
|---|---:|
| BONDS | $1,720,763,005 |
| SHORT - TERM INVESTMENTS | 25,153,792 |
| STOCKS | 154,687,336 |
| REAL ESTATE | 0 |
| CASH ON HAND AND IN BANK | (74,947) |
| PREMIUM IN COURSE OF COLLECTION* | 116,402,754 |
| INTEREST ACCRUED | 16,695,983 |
| OTHER ASSETS | 254,645,146 |
| **TOTAL ASSETS** | **$2,297,673,069** |

## LIABILITIES

| | |
|---|---:|
| RESERVE FOR UNEARNED PREMIUMS | $391,811,211 |
| RESERVE FOR LOSSES | 1,243,956,960 |
| RESERVE FOR TAXES | 8,090,954 |
| FUNDS HELD UNDER REINSURANCE TREATIES | 0 |
| OTHER LIABILITIES | (3,963,619) |
| **TOTAL LIABILITIES** | **1,639,895,506** |

| | |
|---|---:|
| CAPITAL: SPECIAL SURPLUS | 200,132,500 |
| CAPITAL: 928,592 SHARES, $4.85 PAR VALUE | 4,503,671 |
| CAPITAL: PAID IN | 179,710,659 |
| SURPLUS (UNASSIGNED) | 273,430,733 |
| SURPLUS TO POLICYHOLDERS | 657,777,563 |
| **TOTAL** | **$2,297,673,069** |

(*EXCLUDES PREMIUM MORE THAN 90 DAYS DUE.)

STATE OF PENNSYLVANIA

COUNTY OF PHILADELPHIA

John P. Taylor, being duly sworn, says that he is Vice President of Westchester Fire Insurance Company and that to the best of his knowledge and belief the foregoing is a true and correct statement of the said Company's financial condition as of the 31st day of December, 2006.

Sworn before me this _____ 16th day of April, 2007.

_____  
Vice President

_____           _____  
Notary Public                                     My commission expires

COMMONWEALTH OF PENNSYLVANIA  
Notarial Seal  
Danielle M. Garbert, Notary Public  
City Of Philadelphia, Philadelphia County  
My Commission Expires Oct. 21, 2009  
Member, Pennsylvania Association of Notaries