| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Stephen P. Swinton (Bar No. 106398) |
| 2 | steve.swinton@lw.com |
| | Adam A. Welland (Bar No. 228680) |
| 3 | adam.welland@lw.com |
| | 12636 High Bluff Drive, Suite 400 |
| 4 | San Diego, California 92130-2071 |
| | Telephone: (858) 523-5400 |
| 5 | Facsimile: (858) 523-5450 |
| 6 | Attorneys for Plaintiff, |
| | GEORGIA-PACIFIC CONSUMER PRODUCTS LP |
| 7 | |
| | Wendy L. Slavkin (Bar No. 89100) |
| 8 | Attorney at Law |
| | wlslavkin@aol.com |
| 9 | 11707 Sunset Boulevard, Suite 24 |
| | Los Angeles, California 90049 |
| 10 | Telephone: (310) 476-1959 |
| | Facsimile: (310) 476-1939 |
| 11 | |
| | Attorney for Defendants |
| 12 | Allen Yan Chow and Yan Wholesale |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership, | Civil Action No. 07-CV-02390 JAH POR |
| 18 | Plaintiff, | **JOINT MOTION TO CONTINUE HEARING DATE** |
| 19 | v. | |
| 20 | YAN WHOLESALE; RUSH WHOLESALE; YES WHOLESALE; YES WHOLESALE OF MEXICO; ALLEN YAN CHOW, an individual; ROMAN RUSHINSKY, an individual; GLEB TABACHNIK, an individual; JOHN YEH, and individual; and DOES 1 – 100, | Date: January 7, 2008<br>Time: 3:00 p.m.<br>Judge: Hon. John A. Houston |
| 24 | Defendants. | |

1  WHEREAS, a Hearing on Plaintiff's application for a preliminary injunction is scheduled
2  for January 7, 2008 at 3:00 p.m.;
3  WHEREAS, the parties believe a short postponement of the Hearing would be beneficial
4  to continue the ongoing dialogue between the parties;
5  WHEREAS, Yan Wholesale and Allen Yan Chow hereby agree to abide by and extend
6  the duration of the temporary restraining order until January 14, 2008, or until as soon thereafter
7  as Plaintiff's application for a preliminary injunction may be heard;
8  WHEREAS, the parties have agreed that a shipment of Angel product scheduled to arrive
9  in the United States on January 9, 2008 will be permitted to arrive, but will not be distributed in
10 any manner.
11 THEREFORE, the undersigned counsel believe good cause exists and jointly move for an
12 order stating that:
13 1.  The Hearing on Plaintiff's application for a preliminary injunction shall take place
14 on January 14, 2008 at 3:00 p.m.
15 2.  The temporary restraining order in effect in the above-captioned case shall remain
16 in effect until at least January 14, 2008.

Dated: January 4, 2008

LATHAM & WATKINS LLP

By:    /s/ Stephen P. Swinton
Stephen P. Swinton
Attorneys for Plaintiff
Georgia-Pacific Consumer Products LP
E-mail: steve.swinton@lw.com

Dated: January 4, 2008

Wendy L. Slavkin

By:    /s/ Wendy L. Slavkin
Wendy L. Slavkin
Attorney for Defendants
Allen Yan Chow and Yan Wholesale
E-mail: wlslavkin@aol.com