

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11   GEORGIA-PACIFIC CONSUMER            )    Civil Action No. 07-CV-02390 JAH POR
     PRODUCTS LP, a Delaware limited     )
12   partnership,                        )
                                         )    **ORDER GRANTING JOINT MOTION TO**
13              Plaintiff,               )    **CONTINUE HEARING DATE**
                                         )
14        v.                             )
                                         )
15   YAN WHOLESALE; RUSH WHOLESALE; )
     YES WHOLESALE; YES WHOLESALE OF)
16   MEXICO; ALLEN YAN CHOW, an          )
     individual; ROMAN RUSHINSKY, an     )
17   individual; GLEB TABACHNIK, an      )
     individual; JOHN YEH, and individual; and )
18   DOES 1 – 100,                       )
                                         )
19              Defendants.              )
                                         )
20   _____)
21
22
23
24
25
26
27
28

1    **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

2    1.    The parties' Joint Motion to Continue the Hearing Date, filed January 4, 2008, is

3  granted.

4    2.    The Hearing on Plaintiff's application for a preliminary injunction, previously

5  scheduled for January 7, 2008, at 3:00 p.m., shall take place on January 14, 2008 at 3:00 p.m.

6    3.    The temporary restraining order in effect in the above-captioned case shall remain

7  in effect until at least January 14, 2008.

8    **IT IS SO ORDERED.**

9

10  DATED: January 4,  2008

                           The Honorable John A. Houston

11                            UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28