1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>            Plaintiff,<br><br>    v.<br><br>YAN WHOLESALE; RUSH WHOLESALE; YES WHOLESALE; YES WHOLESALE OF MEXICO; ALLEN YAN CHOW, an individual; ROMAN RUSHINSKY, an individual; GLEB TABACHNIK, an individual; JOHN YEH, and individual; and DOES 1 – 100,<br><br>            Defendants. | Civil Action No. 07-CV-02390 JAH POR<br><br>**ORDER GRANTING PRELIMINARY INJUNCTION** |

1   On December 20, 2007, Plaintiff Georgia-Pacific Consumer Products LP ("Georgia-Pacific") filed its complaint in this action, for trademark infringement, false advertising, and related claims, naming Allen Yan Chow, Yan Wholesale, Roman Rushinsky and Rush Wholesale as Defendants (hereinafter "Defendants"), among others.  Also on December 20, 2007, Georgia-Pacific filed an Ex Parte Application For Temporary Restraining Order and Order To Show Cause Re Preliminary Injunction, in which Georgia-Pacific sought a temporary restraining order prohibiting Defendants from "manufacturing, importing, distributing, shipping, advertising, marketing, promoting, selling, or offering to sell "Angel," "Angel 500," "Angel 600," or "Angel 650" bathroom tissue products or bathroom tissue products bearing marks or images that are the same or similar to those used currently and requiring Defendants to immediately withdraw such products from the market.  On December 21, 2007, this Court granted Georgia-Pacific's application for a temporary restraining order.

On January 14, 2008, the parties appeared for a hearing on Plaintiff's application for the entry of a preliminary injunction.  For the reasons stated in open court, January 14, 2008,

**IT IS HEREBY ORDERED** as follows:

1.   Except as provided in Paragraph 3 below, Defendants their parents, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of the Order are hereby enjoined from importing, manufacturing, distributing, shipping, advertising, marketing, promoting, selling or offering to sell any "Angel" bathroom tissue product bearing marks or images the same as or

//
//
//
//
//
//
//
//

similar to that shown in the photographs below, or any bathroom tissue products containing the word "Angel":



**Figure 1**



**Figure 2**



**Figure 3**

    2.    Defendants, their parents, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and all those persons in active concert or participation with them who receive actual notice of the Order shall immediately (no later than January 18, 2008) inventory all "Angel" bathroom tissue products described in Paragraph 1 above that presently are being offered for sale by Defendants, or Defendants' customers, in any retail establishments, to the extent Defendants have knowledge of these retail establishments;

    3.    Defendants' direct or indirect customers may sell or offer for sale any "Angel" bathroom tissue products described in Paragraph 1 above that are presently being offered for sale in any retail establishments , or which are inventoried pursuant to Paragraph 2 above, and only such products, until such time as those products have been sold or are otherwise removed from store shelves; and

    4.    Defendants shall file with the Court and serve upon Georgia-Pacific's counsel within fourteen days of the entry of this Order, a report, in writing and under oath, describing in detail the actions taken by Defendants to comply with the requirements of this Order.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve, by United States mail or by telefax or email, copies of this Order on counsel for the parties in this matter.

**IT IS SO ORDERED.**

DATED: January 18, 2008

_____
The Honorable John A. Houston
UNITED STATES DISTRICT JUDGE

3   07-CV-02390 JAH POR
ORDER GRANTING PRELIMINARY INJUNCTION