LATHAM & WATKINS LLP
Stephen P. Swinton (Bar No. 106398)
steve.swinton@lw.com
Adam A. Welland (Bar No. 228680)
adam.welland@lw.com
12636 High Bluff Drive, Suite 400
San Diego, California 92130-2071
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

Attorneys for Plaintiff,
GEORGIA-PACIFIC CONSUMER PRODUCTS LP

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>YAN WHOLESALE; RUSH WHOLESALE; YES WHOLESALE; YES WHOLESALE OF MEXICO; ALLEN YAN CHOW, an individual; ROMAN RUSHINSKY, an individual; GLEB TABACHNIK, an individual; JOHN YEH, and individual; and DOES 1 – 100,<br><br>　　　　　Defendants. | Civil Action No. 07-CV-02390 JAH POR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS YES WHOLESALE OF MEXICO AND JOHN YEH** |

1   NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a),
2   and based upon the facts set forth in the January 23, 2008 letter from counsel for Defendants Yes
3   Wholesale of Mexico and John Yeh, Plaintiff Georgia-Pacific Consumer Products LP hereby
4   dismisses the above-captioned action against Defendants Yes Wholesale of Mexico and John
5   Yeh, and only these Defendants, without prejudice.

7   Dated: January 23, 2008                    LATHAM & WATKINS LLP

                                               By:_____/s/ Stephen P. Swinton_____
                                                   Stephen P. Swinton
                                                   Attorneys for Plaintiff
                                                   Georgia-Pacific Consumer Products LP
                                                   E-mail: steve.swinton@lw.com

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 12636 High Bluff Drive, Suite 400, San Diego, CA 92130-2071.

On **January 23, 2008**, I served the following document described as:

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS YES WHOLESALE OF MEXICO AND JOHN YEH**

by serving a true copy of the above-described document in the following manner:

### BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

S.J. Christine Yang, Esq.
Law Offices of S.J. Christine Yang
Plaza Del Lago
17220 Newhope Street, Suites 101 & 102
Fountain Valley, CA 92708

### BY FACSIMILE

I am familiar with the office practice of Latham & Watkins LLP for collecting, processing, and transmitting facsimiles. Under that practice, when a facsimile is deposited with the Latham & Watkins LLP personnel responsible for facsimiles, such facsimile is transmitted that same day in the ordinary course of business. I deposited the above-described document for facsimile transmission in accordance with the office practice of Latham & Watkins LLP for collecting and processing facsimiles. The

1 facsimile of the above-described document was transmitted to the following party from San Diego,
2 California on January 23, 2008:

3  S.J. Christine Yang, Esq.
   Law Offices of S.J. Christine Yang
4  Plaza Del Lago
   17220 Newhope Street, Suites 101 & 102
5  Fountain Valley, CA 92708
   Fax No.: 714-641-2082
6

7       The facsimile number of the sending machine is +1.858.523.5450. Said transmission was
8 complete and without error.

9       I declare that I am employed in the office of a member of the Bar of, or permitted to practice
10 before, this Court at whose direction the service was made and declare under penalty of perjury under the
11 laws of the State of California that the foregoing is true and correct.

12      Executed on **January 23, 2008**, at San Diego, California.

13
14                                                      _____
                                                                  Alison L. Montera

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

2

Case No. 07-CV-02390 JAH (POR)