Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a
Delaware limited partnership

vs

YAN WHOLESALE; RUSH WHOLESALE; YES
WHOLESALE; YES WHOLESALE OF MEXICO; ALLEN
YAN CHOW, an individual, ROMAN RUSHINSKY, an
individual; GLEB TABACHNIK, an individual;
and DOES 1-100

SUMMONS IN A CIVIL ACTION

Case No.

**'07 CV 2390 JAH POR**

TO: (Name and Address of Defendant)

Gleb Tabachnik (owner)
Yes Wholesale
529 Buena Vista Avenue, Apt. 305
Alameda, CA 94501

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
Stephen P. Swinton
LATHAM & WATKINS LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130-2071

An answer to the complaint which is herewith served upon you, within twenty _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____ , Deputy Clerk
K. HAMMERLY
[SEAL]

DEC 2 0 2007

DATE

Summons in a Civil Action
::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 1-13-2008 |
| NAME OF SERVER Brandon Clements | TITLE |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 529 Buena Vista Avenue Apt #305, Alameda, CA 94501

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | | TOTAL | |
|---|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 1-13-2008
Date

Signature of Server

Address of Server: 1921 5th Avenue Apt #15, Oakland, CA 94606

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON THE CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1 (11:34am)