1  LATHAM & WATKINS LLP
   Stephen P. Swinton (Bar No. 106398)
2  steve.swinton@lw.com
   Adam A. Welland (Bar No. 228680)
3  adam.welland@lw.com
   12636 High Bluff Drive, Suite 400
4  San Diego, California 92130-2071
   Telephone: (858) 523-5400
5  Facsimile: (858) 523-5450

6  Attorneys for Plaintiff,
   GEORGIA-PACIFIC CONSUMER PRODUCTS LP
7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 GEORGIA-PACIFIC CONSUMER          )  Civil Action No. 07-CV-2390 JAH (POR)
   PRODUCTS LP, a Delaware limited   )
12 partnership,                      )  CERTIFICATE OF SERVICE
                                     )
13             Plaintiff,            )
                                     )
14      v.                           )
                                     )
15 YAN WHOLESALE; RUSH WHOLESALE;    )
   YES WHOLESALE; YES WHOLESALE OF   )
16 MEXICO; ALLEN YAN CHOW, an        )
   individual; ROMAN RUSHINSKY, an   )
17 individual; GLEB TABACHNIK, an    )
   individual; JOHN YEH, and individual; and )
18 DOES 1 – 100,                     )
                                     )
19             Defendants.           )
                                     )
20

21

22

23

24

25

26

27

28

1    I am employed in the County of Alameda, State of California. I am over the age of 18 years and

2    not a party to this action. My business address is: 921 5th Avenue, #15, Oakland, California 94606.

3    On January 13, 2008, I served the following document described as:

4        **1.**    **NOTICE OF PARTY WITH FINANCIAL INTEREST**

5        **2.**    **PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX***

6              **_PARTE_ APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

7        **3.**    **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**

8              **PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

9

10        **4.**    **DECLARATION OF ADAM WELLAND IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX PARTE***

11              **APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

12        **5.**    **DECLARATION OF ANDREW TOWLE IN SUPPORT OF PLAINTIFF**

13              **GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

14

15        **6.**    **DECLARATION OF DARWIN D. WISDOM IN SUPPORT OF PLAINTIFF GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX***

16              **_PARTE_ APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

17        **7.**    **DECLARATION OF RANDAL J. PISSOT IN SUPPORT OF PLAINTIFF**

18              **GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

19

20        **8.**    **TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

21    by serving a true copy of the above-described document in the following manner:

22    **BY HAND DELIVERY**

23    I personally hand delivered the above-described documents to the party listed below on

24    January 13, 2008:

25    Gleb Tabachnik                      Yes Wholesale (c/o Gleb Tabachnik - Owner)

26    529 Buena Vista Avenue           529 Buena Vista Avenue
       Apartment 305                   Apartment 305

27    Alameda, CA 94501              Alameda, CA 94501

28

1    I declare under penalty of perjury under the laws of the State of California that the foregoing is

2   true and correct.

3    Executed on  1-14  , 2008 at the city of Oakland, California.

4

5                                                            Brannon Clements

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28