**PROOF OF SERVICE**

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101.

On **February 26, 2008**, I served the following document described as:

**JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

by serving a true copy of the above-described document in the following manner:

**BY ELECTRONIC FILING**

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

S.J. Christine Yang, Esq.
Law Offices of S.J. Christine Yang
Plaza Del Lago
17220 Newhope Street, Suites 101 & 102
Fountain Valley, CA 92708

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 26, 2008, at San Diego, California.

Tracey White

On **February 26, 2008**, I served the following document described as:

**JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Wendy L. Slavkin, Esq.
11707 Sunset Boulevard, Suite 24
Los Angeles, California 90049

Attorney for Defendants
Allen Yan Chow and Yan Wholesale

Roman Rushinsky
4115 37th Street
San Diego, CA 92105

On behalf of himself and Defendant
Rush Wholesale

**BY ELECTRONIC MAIL**

The above-described document was transmitted via electronic mail to the following party on February 26, 2008:

Wendy L. Slavkin, Esq.
wlslavkin@aol.com
11707 Sunset Boulevard, Suite 24
Los Angeles, California 90049

Attorney for Defendants
Allen Yan Chow and Yan Wholesale

Roman Rushinsky
Romansd@gmail.com
4115 37th Street
San Diego, CA 92105

On behalf of himself and Defendant
Rush Wholesale

1       The party on whom this electronic mail has been served has agreed in writing to such form of service pursuant to agreement.

      I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed on **February 26, 2008**, at San Diego, California.

                                       /s/ Tracey White
                                          Tracey White