WENDY L. SLAVKIN, ESQ.
wlslavkin@aol.com
11707 Sunset Boulevard, Suite 24
Los Angeles, California 90049
State Bar No. 89100

(310) 476-1959 voice
(310) 476-1939 fax

Attorney for Defendants
YAN WHOLESALE and ALLEN YAN CHOW

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC, CONSUMER PRODUCTS LP,<br><br>Plaintiff,<br>vs.<br><br>YAN WHOLESALE; RUSH WHOLESALE; YES WHOLESALE; YES WHOLESALE OF MEXICO; ALLEN YAN CHOW, an individual; ROMAN RUSHINSKY, an individual; GLEB TABACHNIK, an individual; JOHN YEH, an individual<br><br>Defendants | Civil Action No. 07-CV-02390 JAH POR<br><br>**DECLARATIONS OF ALLEN YAN CHOW AND WENDY L. SLAVKIN, ESQ., RE COMPLIANCE WITH PRELIMINARY INJUNCTION** |

I, ALLEN YAN CHOW, declare as follows:

1.  I am the sole owner of YAN WHOLESALE, a named Defendant along with myself in the above-referenced matter. The matters stated herein are true of my own knowledge, I am competent to testify thereto, and would so testify if called upon to do so.

2.  I submit this Declaration in compliance with paragraph 4 of the Order Granting Preliminary Injunction, to wit: "describing in detail the actions taken by Defendants to comply with the requirements of this Order".

3.  Since entry of the Order Granting Preliminary Injunction I have complied with

1

each and every provision thereof; specifically:

  A. I have ceased importing, manufacturing, distributing, shipping, advertising, marketing, promoting, selling or offering to sell any "Angel" bathroom tissue product bearing marks or images the same as or similar to that shown in the photographs contained in the Order for Preliminary Injunction, or any bathroom tissue products containing the word "Angel".

  B. On January 18, 2008, my attorney, Wendy L. Slavkin, provided written notice to counsel for Georgia-Pacific that there was only one store that I found who was still in possession of any bathroom tissue bearing the Angel name. That store was "Triple Bargains" located at 4293 Bandini Blvd., City of Vernon, CA. At that time, they had approximately 40 cartons of inventory, valued at approximately $1,000. Prior to January 18, 2008, I contacted all of my other known suppliers and no one else had any Angel products left.

  C. On December 22, 2007, the day after I was served with the herein lawsuit, I sent a fax to my manufacturers and agent in China advising them that there would be no further manufacturing of any products bearing the name "Angel".

  4. In addition to the foregoing, through my attorney, I have provided Georgia-Pacific's counsel with a list of all my customers to whom I had sold the Angel products to as well as the name of my agent and manufacturer in China.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of March, 2008, at Los Angeles, California.

               /s/ Allen Yan Chow
               ALLEN YAN CHOW, DECLARANT

## DECLARATION OF WENDY L. SLAVKIN

I, WENDY L. SLAVKIN, declare as follow:

1. I am an attorney at law duly licensed to practice before this court and all courts of the State of California. I am the attorney of record for Defendants ALLEN YAN CHOW and YAN WHOLESALE. The matters stated herein are true of my own knowledge, I am competent to testify thereto, and would so testify if called upon to do so.

2. I submit this Declaration in support of Defendants' compliance with paragraph 4 of the Order Granting Preliminary Injunction, to wit: "describing in detail the actions taken by Defendants to comply with the requirements of this Order".

3. On January 18, 2008, I faxed and mailed a letter to Plaintiff's counsel, Stephen P. Swinton, advising him of the status of my client's compliance with the provisions of the Order Granting Preliminary Injunction. A true and correct copy of that letter is attached hereto as Exhibit "A" and incorporated herein by this reference.

I declare under penalty or perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of March, 2008, at Los Angeles, California

/S/Wendy_L. Slavkin
WENDY L. SLAVKIN

EXHIBIT A

# WENDY L. SLAVKIN
## ATTORNEY AT LAW
11707 Sunset Boulevard, Suite 24, Los Angeles, California 90049
telephone: 310.476.1959   facsimile: 310.476.1939   email: wlslavkin@aol.com

## *FACSIMILE TRANSMISSION COVER SHEET*

| | |
|---|---|
| Transmission Date: | January 18, 2008 |
| Sent To: | Stephen P. Swinton, Esq. |
| Company: | LATHAM & WATKINS LLP |
| Fax Number: | (858) 523-5450 |
| Sender: | Wendy Slavkin |
| Number of pages including cover sheet: | 2 |

If copies received are not legible, please call us at:    (310) 476-1959

THE INFORMATION CONTAINED IN THIS FAX IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

COMMENTS:

EXHIBIT A

# WENDY L. SLAVKIN
## ATTORNEY AT LAW

11707 SUNSET BOULEVARD, SUITE 24, LOS ANGELES, CALIFORNIA 90049
TELEPHONE 310.476.1959   FACSIMILE 310.476.1939   E-MAIL: WLSLAVKIN@AOL.COM

January 18 2008

**SENT VIA FACSMILIE TRANSMISSION AND U.S. MAIL**
**858.523.5450**

Stephen P. Swinton, Esq.
LATHAM & WATKINS, LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130-2071

RE: **Yan Wholesale adv. Georgia-Pacific Consumer Products LP**
**USDC Case No. 07-CV-02390**

Dear Mr. Swinton:

In accordance with the Order Granting Preliminary Injunction, and our agreement, please be advised that, as far as my client can tell, only one store still has any of my client's Angel products. That store is Triple Bargains located at 4293 Bandini Blvd., City of Vernon, CA. According to Mr. Chow, they have approximately 40 cartons of inventory valued at approximately $1,000. My client has contacted all of his known suppliers and no one else has any Angel products left.

My client is collecting all paperwork regarding his financials for the past few years from the sale of Angel products. I should have that to you by early next week.

Thank you for your continuing courtesy and cooperation.

Very truly yours,

WENDY L. SLAVKIN

WLS/mf
enclosures
cc: client (via email)

**EXHIBIT A**

**HP Officejet 6310**
Personal Printer/Fax/Copier/Scanner

**Log for**
Wendy L. Slavkin. Esq.
310-476-1939
Jan 18 2008 11:50AM

**Last Transaction**

| Date | Time | Type | Station ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Jan 18 | 11:49AM | Fax Sent | 18585235450 | 1:10 | 2 | OK |

**EXHIBIT A**