1  LATHAM & WATKINS LLP
   Stephen P. Swinton (Bar No. 106398)
2  steve.swinton@lw.com
   Adam A. Welland (Bar No. 228680)
3  adam.welland@lw.com
   12636 High Bluff Drive, Suite 400
4  San Diego, California  92130-2071
   Telephone:  (858) 523-5400
5  Facsimile:   (858) 523-5450

6  Attorneys for Plaintiff,
   GEORGIA-PACIFIC CONSUMER
7  PRODUCTS LP

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | GEORGIA-PACIFIC CONSUMER          ) Civil Action No.  07-CV-02390 JAH POR
   | PRODUCTS LP, a Delaware limited   )
12 | partnership,                      ) **PROOF OF SERVICE BY MAIL**
                                       )
13 |            Plaintiff,             )
                                       )
14 |     v.                            )
                                       )
15 | YAN WHOLESALE; RUSH WHOLESALE;    )
   | YES WHOLESALE; ALLEN YAN CHOW,    )
16 | an individual; ROMAN RUSHINSKY, an)
   | individual; GLEB TABACHNIK, an    )
17 | individual; and DOES 1 – 100,     )
                                       )
18 |            Defendants.            )
                                       )
19 |_____ )

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 12636 High Bluff Drive, Suite 400, San Diego, CA 92130-2071.

On **March 18, 2008**, I served the following document described as:

**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [DOC. NO. 20]**

by serving a true copy of the above-described document in the following manner:

### BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Rush Wholesale
(c/o Roman Rushinsky - Owner)
4115 37th Street
San Diego, CA 92105

Roman Rushinsky
4115 37th Street
San Diego, CA 92105

Wendy L. Slavkin, Esq.
11707 Sunset Boulevard, Suite 24
Los Angeles, CA 90049
Attorney for Allan Yan Chow and Yan Wholesale

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 20, 2008**, at San Diego, California.

_____
Alison L. Montera