# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 21 PM 12:04
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP

GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,

vs

YAN WHOLESALE; RUSH WHOLESALE; YES WHOLESALE; RUNHUI PAPER CO., LTD.; a Chinese Corp; SHANTOU KID TOYS CO., LTD., a Chinese Corp; FOOK WOO ASSORTED PAPER CO., a Chinese Corp; ZHONGSAN SANJIAO PAPER MANUFACTURING CO., LTD., a Chinese Corp; ZHONGSAN ZHONGSAN PAPER GROUP, a Chinese Corp; ALLEN YAN CHOW, an individual; ROMAN RUSHINSKY, an individual; GLEB TABACHNIK, an individual; and DOES 6 - 100

SUMMONS ON FIRST AMENDED COMPLAINT
**SUMMONS IN A CIVIL ACTION**

Case No. 07-CV-02390 JAH (POR)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Stephen P. Swinton (Bar No. 106398)
Latham & Watkins LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
Tel: 858-523-5400; Fax: 858-523-5450

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____          _____3/21/08_____
           CLERK                                   DATE

By ____C. PUTMANN____, Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)                               AO-440S