Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,

**SUMMONS ON FIRST AMENDED COMPLAINT**
**SUMMONS IN A CIVIL ACTION**

Case No.  07-CV-02390 JAH (POR)

**VS**

YAN WHOLESALE; RUSH WHOLESALE; YES WHOLESALE; RUNHUI PAPER CO., LTD.; a Chinese Corp; SHANTOU KID TOYS CO., LTD., a Chinese Corp; FOOK WOO ASSORTED PAPER CO., a Chinese Corp; ZHONGSAN SANJIAO PAPER MANUFACTURING CO., LTD., a Chinese Corp; ZHONGSAN ZHONGSAN PAPER GROUP, a Chinese Corp; ALLEN YAN CHOW, an individual; ROMAN RUSHINSKY, an individual; GLEB TABACHNIK, an individual; and DOES 6 - 100

TO: (Name and Address of Defendant)

Gleb Tabachnik
529 Buena Vista Avenue
Apartment 305
Alameda, CA 94501

Yes Wholesale (c/o Gleb Tabachnik - Owner)
529 Buena Vista Avenue
Apartment 305
Alameda, CA 94501

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Stephen P. Swinton (Bar No. 106398)
Latham & Watkins LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
Tel: 858-523-5400; Fax: 858-523-5450

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

3/21/08
DATE

By   C. PUTMANN   , Deputy Clerk

Summons in a Civil Action

COPY

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S

| *Attorney or Party without Attorney:*<br>STEPHEN P. SWINTON, ESQ., SBN 106398<br>LATHAM & WATKINS, LLP<br>12636 HIGH BLUFF DR<br>STE 400<br>SAN DIEGO, CA 92130<br>*Telephone No:* 858-523-5400       *FAX No:* 858-523-5450 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*

  United States District Court, Southern District Of California

*Plaintiff:* GEORGIA-PACIFIC CONSUMER PRODUCTS LP

*Defendant:* YAN WHOLESALE

| **PROOF OF SERVICE**<br>**SUMMS IN CIV. ACTION** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07-CV-02390 JAH (POR) |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT;

3.  a. *Party served:*      YES WHOLESALE
    b. *Person served:*     GLEB TABACHNIK, OWNER AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

4. *Address where the party was served:*     529 BUENA VISTA AVENUE
   ALAMEDA, CA 94501

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 18, 2008 (2) at: 11:30AM

7. *Person Who Served Papers:*
   a. LOVE HICKS

   **First Legal Support Services** ᔆᴹ
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $ 30—
   e. I am: (3) registered California process server
       (i)   Owner
       (ii)   *Registration No.:*    956
       (iii)   *County:*     ALAMEDA

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Tue, Apr. 22, 2008

   (LOVE HICKS)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007      PROOF OF SERVICE
SUMMS IN CIV. ACTION      915087.latwa2.127672

| *Attorney or Party without Attorney:* | | *For Court Use Only:* |
|---|---|---|
| STEPHEN P. SWINTON, ESQ., SBN 106398<br>LATHAM & WATKINS, LLP<br>12636 HIGH BLUFF DR<br>STE 400<br>SAN DIEGO, CA 92130<br>*Telephone No:* 858-523-5400    *FAX No:* 858-523-5450 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| United States District Court, Southern District Of California |

| *Plaintiff:* GEORGIA-PACIFIC CONSUMER PRODUCTS LP |
|---|
| *Defendant:* YAN WHOLESALE |

| **PROOF OF SERVICE**<br>**SUMMS IN CIV. ACTION** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07-CV-02390 JAH (POR) |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT.

3. a. *Party served:*  GLEB TABACHNIK, AN INDIVIDUAL

4. *Address where the party was served:*  529 BUENA VISTA AVENUE
   ALAMEDA, CA 94501

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 18, 2008 (2) at: 11:30AM

7. *Person Who Served Papers:*
   a. LOVE HICKS

   **First Legal Support Services** sm
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*  $50375
   e. I am: (3) registered California process server
      (i)  Owner
      (ii)  *Registration No.:*  956
      (iii)  *County:*  ALAMEDA

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Tue, Apr. 22, 2008

PROOF OF SERVICE
SUMMS IN CIV. ACTION                    (LOVE HICKS)    915082.latwa2.127677