1  LATHAM & WATKINS LLP
   Stephen P. Swinton (Bar No. 106398)
2  Adam A. Welland (Bar No. 228680)
   12636 High Bluff Drive, Suite 400
3  San Diego, California 92130-2071
   Telephone: (858) 523-5400
4
   Attorneys for Plaintiff,
5  GEORGIA-PACIFIC CONSUMER PRODUCTS LP

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 | GEORGIA-PACIFIC CONSUMER            ) Civil Action No. 07-CV-02390 JAH POR
   | PRODUCTS LP, a Delaware limited     )
11 | partnership,                        )
   |                                     )
12 |            Plaintiff,               )
   |                                     )
13 |      v.                             ) **DECLARATION OF COLLEEN C. SMITH**
   |                                     ) **IN SUPPORT OF PLAINTIFF GEORGIA-**
14 | YAN WHOLESALE; RUSH WHOLESALE;      ) **PACIFIC'S EX PARTE APPLICATION**
   | YES WHOLESALE; RUNHUI PAPER CO.,    ) **FOR STATUS CONFERENCE**
15 | LTD.; a Chinese Corporation; SHANTOU)
   | KID TOYS CO., LTD., a Chinese       )
16 | Corporation; FOOK WOO ASSORTED      )
   | PAPER CO., a Chinese Corporation;   )
17 | ZHONGSAN SANJIAO PAPER              )
   | MANUFACTURING CO., LTD., a Chinese  )
18 | Corporation; ZHONGSAN ZHONGSAN      )
   | PAPER GROUP, a Chinese Corporation; )
19 | ALLEN YAN CHOW, an individual;      )
   | ROMAN RUSHINSKY, an individual; GLEB)
20 | TABACHNIK, an individual; and DOES 6–)
   | 100,                                )
21 |                                     )
   |            Defendants.              )
22 |                                     )

23

24

25

26

27

28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

SD\640600.1                                                          07-CV-02390 JAH POR
                                                    SMITH DECL. ISO EX PARTE APPLICATION FOR
                                                                     STATUS CONFERENCE

I, Colleen C. Smith, hereby declare as follows:

1. I am an attorney with Latham & Watkins LLP, counsel for Georgia-Pacific Consumer Products LP ("Georgia-Pacific"). I am licensed to practice law in the State of California and admitted before this Court. I submit this declaration in support of Plaintiff Georgia-Pacific's Ex Parte Application for Status Conference, filed concurrently herewith.

2. The facts set forth herein are within my personal knowledge, to which I could and would testify competently if called upon to do so.

3. Since the date this action was commenced, Georgia-Pacific has discovered that Defendants also have manufactured, imported, distributed, marketed, and/or sold bathroom tissue bearing the mark "Ariel," which bears the same trade dress as Defendants' Angel bathroom tissue product. A color photograph of the Ariel bathroom tissue product packaging is attached hereto as Exhibit 1.

4. Georgia-Pacific's research indicates that the mark "Ariel" also is associated with, or connotes, "angel." For example, the Wikipedia entry pertaining to "Ariel," which is attached hereto as Exhibit 2, confirms this association and specifically identifies "Ariel" as the name of an Archangel. Georgia-Pacific presently is unaware of the extent to which Defendants engaged in manufacture, distribution, marketing, and/or sale of Ariel bathroom tissue products.

5. Georgia-Pacific and Defendants are pursuing a settlement of this action. To advance settlement discussions, Georgia-Pacific has requested, and Defendants have partially produced, certain financial documents relevant to the settlement of this case. Specifically, by correspondence dated January 15, 2008, February 21, 2008, and March 3, 2008, Georgia-Pacific requested Defendants provide copies of financial records regarding the marketing and sale of Angel bathroom tissue and related bathroom tissue products, including invoices and sales records or other financial records reflecting sales amounts, tax returns, as well as additional supporting documentation for these documents. Copies of this correspondence are attached hereto as Exhibits 3-5.

6. On April 14, 2008, Defendants provided tax return documentation for the years 2004-2006. No additional documentation has been provided, although Defendants have indicated that they are in the process of compiling additional responsive documentation.

7. I have met and conferred with counsel for Defendants regarding proposed limited discovery. While counsel for Defendants has expressed willingness to provide documents and to permit deposition topics pertaining to Angel bathroom tissue products, Defendants have refused to engage in limited, voluntary discovery pertaining to Defendants' manufacture, distribution, marketing, and/or sale of Ariel bathroom tissue products. Georgia-Pacific was willing to postpone document production pertaining to Ariel bathroom tissue products, and potentially to forego such requests, depending upon the information developed regarding the Ariel bathroom tissue products in a Rule 30(b)(6) deposition; however, Defendants indicated that they could not agree to any inquiry regarding the Ariel products either through requests for production of documents or a Rule 30(b)(6) deposition.

8. On July 21, 2008, I notified counsel for Defendants, Ms. Wendy Slavkin, that Georgia-Pacific would file this ex parte application requesting a status conference before Magistrate Judge Porter to consider these issues. Ms. Slavkin does not oppose this ex parte application seeking a status conference, provided that she may appear telephonically. If the Court will require personal appearances, Ms. Slavkin requests that the status conference be scheduled to occur on a Monday or Friday. Ms. Slavkin is unavailable on July 25 and August 5, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by me on this 23rd day of July 2008.

_/s/ Colleen C. Smith_
Colleen C. Smith

**EXHIBIT 1**



**EXHIBIT 2**

# Ariel (angel)

*Help us improve Wikipedia by **supporting it financially**.*

From Wikipedia, the free encyclopedia

**Ariel** (Hebrew: אריאל, *Ari'el*, *Arael* or *Ariael*) is an archangel found primarily in Judeo-Christian mysticism and Apocrypha. Generally presented as an authority over the Earth and its elements, Ariel has also been called an angel of healing, wrath & creation.

The Hebrew name "Ariel" means literally "Altar" or "Lion of God." "Ariel" has been called an ancient name for the leontomorphic Gnostic Demiurge (Creator God). Historically, the entity Ariel was often pictured in mysticism as a lion-headed deity or demon with power over the Earth, giving a strong foundation for Ariel's association with the Demiurge. It is possible that the name itself was even adopted from the Demiurge's Zoroastrian counterpart Ahriman (who is likely the predecessor of the Mithraic "Arimanius"). According to the German occultist Cornelius Agrippa: "Ariel is the name of an angel, sometimes also of a demon, and of a city, whence called Ariopolis, where the idol is worshipped."

Ariel is often associated with the better known Judeo-Christian Archangel Uriel. The name "Auriel" is commonly used to denote the combined, However, Elizabethan court astrologer John Dee called "Ariel" a "conglomerate of Anael and Uriel."

## Contents

- 1 Attributes and properties
    - 1.1 In mysticism
    - 1.2 In wrath
- 2 Hierarchy and role
- 3 See also
- 4 References
- 5 Bibliography
- 6 External links

## Attributes and properties

### In mysticism

Ariel is generally presented as an angel with authority over the elements, or else the Earth itself. In Thomas Heywood, *Hierarchy of the Blessed Angels* Ariel is called both a prince who rules the waters and "Earth's great Lord." In several occult writings, Ariel is mentioned with other elemental titles such as the "3rd archon of the winds," "spirit of air," "angel of the waters of the Earth" and "wielder of fire." In mysticism, especially modern, Ariel is usually conjured as a governing angel with dominion over the Earth, creative forces, the North, elemental spirits, and beasts.

Ariel is known as an angel of healing and is associated with the Archangel Raphael in the curing of disease. [*Rf.* Moses Gaster, *Wisdom of the Chaldeans*.]

### In wrath

Ariel has been portrayed as a destructive spirit of retribution. In the Coptic *Pistis Sophia*, Ariel is in charge of punishment in the lower world, corresponding with Ur of the Mandeans. (Possibly due to Ariel's association with the Archangel Uriel who is often equated with Ur and said to serve the same role.) Both Ariel's leonthromorphic and destructive attributes have led to associations with the deities Nemesis and Sekhmet, among others. However, Ariel's position as a spirit of wrath seems to be more in keeping with Judeo-Christian tradition of heavenly servitude. Ariel is usually depicted as a controller and punisher of demons or wicked spirits rather than a general retributive force. [*Rf. The Testament of Solomon.*]

Perhaps due to this darker nature, Ariel has been portrayed (particularly in fiction) as a malicious spirit. According to John Milton's Paradise Lost, Ariel is a rebel angel, overcome by the seraph Abdiel in the first day of fighting in Heaven (during the War of Heaven). Ariel has also been associated with demon Arioch, who shares the same destructive qualities, and is considered a fallen angel. [*Rf.* Schwab, *Vocabulaire de l'Angélologie*; De Plancy, *Dictionaire Infernal, 1863 ed.*]

## Hierarchy and role

Ariel is generally regarded as originally of the order of Virtues or Archangels in the Hierarchy of angels. As one of the Archangels, Ariel is regarded as having a high position in the hierarchy, with attachments to several orders/choirs. Ariel is called one of the seven Angels of Presence or "Angels of the Face", and believed to be a ruling prince of the Arelim (Jewish angelic hierarchy), all orders equated with the Thrones. Ariel has also been listed as being a Cherubim, Power and Principality.

Ariel has been claimed as a "guardian" spirit by several individuals, notably authors. Percy Shelley claimed to be protected by the angel, and often referred to himself as "Ariel." Modern authors have released several books which claim to channel the entity Ariel such as Julie Y. Tortora's, *The way of Angels, & Interview With an Angel* by Linda Sue Nathanson and Steven J. Thayer.

## See also

- Angel
- Archangel
- Uriel

## References

- Davidson, Gustav 1967. *A Dictionary of Angels: Including the Fallen Angels.* The Free Press. ISBN 0-02-907052-X.
- Godwin, David 1994. *Godwin's Cabalistic Encyclopedia.* Llewellyn Publications. ISBN 1-56718-324-7

## Bibliography

- Mathers, Samuel Liddell MacGregor, 1888. *THE KEY OF SOLOMON THE KING: (CLAVICULA SALOMONIS).*
- Butler, Elizabeth M. 1949.*Ritual Magic.* ISBN 0750918594.

- Briggs, Constance Victoria, 1997. *The Encyclopedia of Angels : An A-to-Z Guide with Nearly 4,000 Entries*. Plume. ISBN 0-452-27921-6.

## External links

- [1] (http://www.megadriel.com/known/ariel.html) - Ariel in lore, art, and myth.
- *Ariel ~ Angel of Nature* (http://www.drstandley.com/angels_ariel.shtml)
- *Great Dreams* (http://www.greatdreams.com/archangels.htm)

Retrieved from "http://en.wikipedia.org/wiki/Ariel_%28angel%29"
Categories: Archangels | Individual angels

- This page was last modified on 2 May 2008, at 01:02.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

# EXHIBIT 3

Adam A. Welland
Direct Dial: (858) 523-3941
Adam.Welland@lw.com

# LATHAM&WATKINS LLP

12636 High Bluff Drive, Suite 400
San Diego, California 92130-2071
Tel: +1.858.523.5400 Fax: +1.858.523.5450
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

February 21, 2008

VIA EMAIL

Wendy L. Slavkin, Esq.
Attorney at Law
11707 Sunset Boulevard, Suite 24
Los Angeles, CA 90049
wlslavkin@aol.com

File No. 038615-0003

Re: *Georgia-Pacific Consumer Products LP v. Yan Wholesale, et al.*
U.S.D.C. Case No. 07-CV-02390 JAH (POR)

Dear Ms. Slavkin:

I write on behalf of Georgia-Pacific in the above-captioned matter. As I have stated, we appreciate the disclosures thus far. While they are still being reviewed, we already have some questions for your clients.

First, we recently discovered a bathroom tissue being sold under the name 'Ariel,' and noticed that it was listed on several invoices that you provided. In addition to the linguistic / definitional link between 'Ariel' and 'Angel,' the label is remarkably similar. This product would plainly fall within the parameters of the Preliminary Injunction. Please inform us immediately if your clients are still selling this product, or have been treating it any differently than the 'Angel' product for purposes of this matter. Further, we would request the same disclosures relating to 'Ariel' that you have provided for 'Angel' – source, customers, etc.

There is also some additional information (for both 'Angel' and 'Ariel') that would be useful for evaluating our position – a) any contracts or agreements with the manufacturers and agents in China; and b) sales or financial records that provide an actual breakdown of your clients' sales as opposed to just the tax returns. Please confirm that you will provide this information.

NSD\93661.2

LATHAM&WATKINS LLP

Second, as we have discussed, please confirm that your clients will file the Notice of Compliance that was due on February 1, 2008.

Thank you for your continued courtesy and cooperation.

Sincerely,

/s/ Adam Welland

Adam A. Welland
of LATHAM & WATKINS LLP

NSD\93661.2

**EXHIBIT 4**

Adam A. Welland
Direct Dial: (858) 523-3941
Adam.Welland@lw.com

# LATHAM&WATKINS LLP

12636 High Bluff Drive, Suite 400
San Diego, California 92130-2071
Tel: +1.858.523.5400  Fax: +1.858.523.5450
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

February 21, 2008

VIA EMAIL

Wendy L. Slavkin, Esq.
Attorney at Law
11707 Sunset Boulevard, Suite 24
Los Angeles, CA 90049
wlslavkin@aol.com

File No. 038615-0003

Re:  *Georgia-Pacific Consumer Products LP v. Yan Wholesale, et al.*
U.S.D.C. Case No. 07-CV-02390 JAH (POR)

Dear Ms. Slavkin:

I write on behalf of Georgia-Pacific in the above-captioned matter. As I have stated, we appreciate the disclosures thus far. While they are still being reviewed, we already have some questions for your clients.

First, we recently discovered a bathroom tissue being sold under the name 'Ariel,' and noticed that it was listed on several invoices that you provided. In addition to the linguistic / definitional link between 'Ariel' and 'Angel,' the label is remarkably similar. This product would plainly fall within the parameters of the Preliminary Injunction. Please inform us immediately if your clients are still selling this product, or have been treating it any differently than the 'Angel' product for purposes of this matter. Further, we would request the same disclosures relating to 'Ariel' that you have provided for 'Angel' – source, customers, etc.

There is also some additional information (for both 'Angel' and 'Ariel') that would be useful for evaluating our position – a) any contracts or agreements with the manufacturers and agents in China; and b) sales or financial records that provide an actual breakdown of your clients' sales as opposed to just the tax returns. Please confirm that you will provide this information.

NSD\93661.2

LATHAM&WATKINS LLP

 Second, as we have discussed, please confirm that your clients will file the Notice of Compliance that was due on February 1, 2008.

 Thank you for your continued courtesy and cooperation.

         Sincerely,

         /s/ Adam Welland

         Adam A. Welland
         of LATHAM & WATKINS LLP

NSD\93661.2

# EXHIBIT 5

Colleen C. Smith
Direct Dial: +619.236.1234
colleen.smith@lw.com

# LATHAM&WATKINS LLP

600 West Broadway, Suite 1800
San Diego, California 92101-3375
Tel: +1.619.236.1234  Fax: +1.619.696.7419
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

January 15, 2008

<u>VIA EMAIL</u>

SUBJECT TO FED. R. EVID. 408

Wendy Slavkin
Attorney at Law
11707 Sunset Boulevard, Suite 24
Los Angeles, California 90049
wlslavkin@aol.com

File No. 038615-0003

    Re:   *Georgia-Pacific Consumer Products LP v. Yan Wholesale et al.*, S.D. Cal. No. 07-CV-02390 JAH POR

Dear Ms. Slavkin:

    As we discussed during yesterday's hearing, my client, Georgia-Pacific, is willing to entertain continued dialogue regarding potential resolution of this matter.

    Your clients' disclosure of information regarding the manufacturer of Angel products, and their assurance that Yan Wholesale will halt all further imports of Angel products and will cancel any issued or pending state or federal trademarks, are certainly a good start to this dialogue. However, because Georgia-Pacific wishes to stop the distribution of Angel products once and for all, my client must take steps to ensure that none of the offending-label product or confusingly similar products continues to be distributed within the United States. Accordingly, we request full disclosure from your clients regarding their distribution network for the infringing Angel products, including the names and addresses of any and all direct and indirect manufacturers, agents, suppliers, and customers that your clients have used to obtain and distribute these products. We realize you have already provided much of this information, but please include anything additional that may have been omitted. Importantly, please also confirm cancellation of any pending or issued trademarks (state and federal).

    In addition, as discussed at the Hearing yesterday, please also provide the amount of product presently maintained in inventory at any location within the United States of which your clients are aware. Georgia-Pacific will also require detailed disclosure of your clients' financial records regarding the marketing and sale of Angel products, including any invoices, customs records, and tax documents. Finally, your clients should provide additional, detailed information regarding any anticipated future shipments of the Angel-labeled products to the United States, including the anticipated location, date of delivery and expected quantity.

SD\616731.1

Wendy Slavkin
January 15, 2008
Page 2

**LATHAM&WATKINS**LLP

 Per the Court's instruction, we will send a draft Preliminary Injunction by separate correspondence for your review.

 I appreciate your professionalism, and I look forward to receiving these additional disclosures by the end of this week, Friday, January 18, 2008. Should you decline to provide these disclosures by the end of the week, we will consider taking a default in this matter.

      Best regards,

      /s/ Colleen C. Smith

      Colleen C. Smith
      of LATHAM & WATKINS LLP

SD\616731.1