UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>YAN WHOLESALE, et al.,<br><br>Defendants. | Civil No.   07-cv-2390-JAH (POR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR PRE-ANSWER EARLY NEUTRAL EVALUATION CONFERENCE [Doc. No. 27.]** |

On July 23, 2008, Plaintiff filed an ex parte application to the Court, which requests that the Court hold a conference with the parties to discuss Plaintiff's proposal to Defendants for the initiation of limited discovery in this case. Plaintiff's application represents that counsel for Defendants does not oppose the request, provided that the conference be held telephonically. (Doc. 27 at 3.) As of the date of this Order, Defendants have not filed any opposition to Plaintiff's request.

On December 21, 2007, the Honorable John A. Houston issued a temporary restraining order in this action for trademark infringement, false advertising and related claims, and on July 18, 2008, Judge Houston issued a preliminary injunction. (Doc. Nos. 5, 15.) On March 21, 2008, Plaintiff filed a First Amended Complaint against all the Defendants in the case. (Doc. No. 24.) No answers to the complaint have been filed as of the date of this Order. Plaintiff's request for a pre-answer Early Neutral Evaluation conference represents Plaintiff's intention to pursue settlement discussions, rather than seek default judgment against Defendants.

///

The Court finds good cause to grant Plaintiff's ex parte request. IT IS HEREBY ORDERED that a pre-answer Early Neutral Evaluation of this case shall be held on **August 6, 2008** at **9:30 a.m.** The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall arrange and initiate the conference call.

Questions regarding this case may be directed to Judge Porter's law clerk, David K. Ries, at (619) 557-5383. If counsel are unavailable to participate in the conference at the time selected by the Court, they shall <u>jointly</u> contact chambers by telephone to reschedule.

DATED: August 1, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:   The Honorable John A. Houston
      All parties