UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>YAN WHOLESALE, et al.,<br><br>　　　　　　　　　Defendants. | Civil No.   07-cv-2390-JAH (POR)<br><br>**ORDER PERMITTING LIMITED PRE-ANSWER DISCOVERY** |

    On July 23, 2008, Plaintiff filed an "Ex Parte Application for Status Conference." (Doc. 27.) The Court construed that application as a request for a pre-Answer Early Neutral Evaluation conference, and scheduled such a conference. (Doc. 28.) That conference was held on August 6, 2008. Colleen Smith, Esq., appeared as counsel for Plaintiff with Christine Cason, Esq., in-house counsel for Plaintiff. Wendy Slavkin, Esq., appeared as counsel for Defendants Yan Wholesale and Allen Yan Chow. None of the Defendants named in this action have yet filed an answer to the Complaint. During the conference, it became clear that the Court misconstrued Plaintiff's application for a conference as a request for a pre-Answer Early Neutral Evaluation. Plaintiff seeks pre-Answer discovery from Defendant Yan Wholesale.

    After discussion with counsel, and review of the confidential briefs provided to the Court, IT IS HEREBY ORDERED that discovery may proceed in this case in the limited form of a deposition according to Federal Rule of Civil Procedure 30(b)(6) of a designated representative for Defendant Yan Wholesale. The 30(b)(6) deposition shall be tailored to the subject matter of the Preliminary

1  Injunction ordered by the Honorable John A. Houston on January 18, 2008, which enjoined
2  Defendants from "importing, manufacturing, distributing, shipping, advertising, marketing,
3  promoting, selling or offering to sell any 'Angel' bathroom tissue product bearing marks or images
4  the same as or similar to that shown."  (Doc. 15, ¶ 1.)
5      As no answer has been filed in this action, there is no cause to schedule an Early Neutral
6  Evaluation in this case pursuant to Rule 16.1(c) of the Local Rules of the United States District
7  Court for the Southern District of California.  Defendants' counsel indicates that Defendant Yan
8  Wholesale anticipates filing an Answer to the Complaint.  At such time as an Answer is filed, the
9  Court shall schedule an Early Neutral Evaluation conference.
10     IT IS SO ORDERED.

12 DATED: August 18, 2008

14                                              LOUISA S PORTER
                                                United States Magistrate Judge
15 cc:    The Honorable John A. Houston
16        All parties

- 2 -                                                                                              07cv2390