STEVEN H. HANEY, SBN 121980
HANEY, BUCHANAN & PATTERSON L.L.P.
707 Wilshire Boulevard, Fifty-Third Floor
Los Angeles, California 90017
Telephone (213) 228-6500
Facsimile (213) 228-6501
Email shaney@hbplaw.com

Attorneys for Defendants
Yan Wholesale and Allen Yan Chow

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited liability partnership,<br><br>           Plaintiff,<br><br>     v.<br><br>YAN WHOLESALE; RUSH WHOLESALE; YES WHOLESALE; RUNHUI PAPER CO., LTD.; a Chinese Corporation; SHANTOU KID TOYS CO., LTD., a Chinese Corporation; FOOK WOO ASSORTED PAPER CO., a Chinese Corporation; ZHONGSAN SANJIAO PAPER MANUFACTURING CO., LTD., a Chinese Corporation; ZHONGSAN ZHONGSAN PAPER GROUP, a Chinese Corporation; ALLEN YAN CHOW, an individual; ROMAN RUSHINSKY, an individual; GLEB TABACHNIK, an individual; and DOES 6-100,<br><br>           Defendants. | Case No. 07-CV-02390 JAH (POR)<br><br>APPLICATION BY COUNSEL FOR DEFENDANTS YAN WHOLESALE AND ALLEN YAN CHOW TO SUBSTITUTE IN NEW COUNSEL OF RECORD, STEVEN H. HANEY, ESQ., OF HANEY, BUCHANAN & PATTERSON, LLP, IN PLACE AND STEAD OF ATTORNEY WENDY LYNN SLAVKIN<br><br>[PROPOSED] ORDER IN SUPPORT THEREOF |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

PLEASE TAKE NOTICE that Defendants YAN WHOLESALE and ALLEN YAN CHOW have substituted in new counsel of record. Former counsel of record Wendy Lynn Slavkin has substituted out and new counsel, Steven H. Haney, Esq. of Haney, Buchanan & Patterson, LLP has substituted in for all purposes.

A duly executed Substitution of Attorney is attached hereto as Exhibit "A."

DATED: September 11, 2008        HANEY, BUCHANAN & PATTERSON, LLP

By: _____
Steven H. Haney
Attorneys for Defendants
Yan Wholesale and Allen Yan Chow

EXHIBIT "A"

STEVEN H. HANEY, SBN 121980
HANEY, BUCHANAN & PATTERSON L.L.P.
707 Wilshire Boulevard, Fifty-Third Floor
Los Angeles, California 90017
Telephone (213) 228-6500
Facsimile (213) 228-6501
Email shaney@hbplaw.com

Attorneys for Defendants
YAN Wholesale

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited liability partnership,<br><br>        Plaintiff,<br><br>v.<br><br>YAN WHOLESALE; RUSH WHOLESALE; YES WHOLESALE; RUNHUI PAPER CO., LTD.; a Chinese Corporation; SHANTOU KID TOYS CO., LTD., a Chinese Corporation; FOOK WOO ASSORTED PAPER CO., a Chinese Corporation; ZHONGSAN SANJIAO PAPER MANUFACTURING CO., LTD., a Chinese Corporation; ZHONGSAN ZHONGSAN PAPER GROUP, a Chinese Corporation; ALLEN YAN CHOW, an individual; ROMAN RUSHINSKY, an individual; GLEB TABACHNIK, an individual; and DOES 6-100,<br><br>        Defendants. | Case No. 07-CV-02390 JAH (POR)<br><br>SUBSTITUTION OF ATTORNEY |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

1.  **Former legal representative:**

    Wendy Lynn Slavkin,   State Bar. No. 89100

2.  **New legal representative:**

    Steven H. Haney, Esq.   State Bar No. 121980

    Haney, Buchanan & Patterson, LLP

    707 Wilshire Boulevard, 53rd Floor

    Los Angeles, California 90017

    Tel: (213) 228-6500

    Fax: (213) 228-6501

3.  The party making this substitution is a Defendant.

4.  I consent to this substitution:

Date: September 11, 2008             YAN WHOLESALE

Allen Chow                           _____
                                     (Signature of Party)
                                     Allen Yan Chow individually and on
5.  I consent to this substitution:  behalf of YanWholesale

Date: September 10, 2008

Wendy Lynn Slavkin                   _____
                                     Wendy Lynn Slavkin
                                     (Signature of Former Attorney)

6.  I consent to this substitution:

Date: September 11, 2008             HANEY, BUCHANAN & PATTERSON, LLP

Steven H. Haney                      _____
                                     Steven H. Haney
                                     (Signature of New Attorney)

SUBSTITUTION OF ATTORNEY                    -2-                    PRINTED ON RECYCLED PAPER

# PROOF OF SERVICE

*Georgia-Pacific Consumer Products, LP v., Yan Wholesale, etc. et al*
Case No. 3:07-CV 02390 JAH (POR)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 707 Wilshire Boulevard., Fifty-third Floor., Los Angeles, California 90017. On **September 11, 2008,** I served the foregoing document described as **APPLICATION BY COUNSEL FOR DEFENDANTS YAN WHOLESALE AND ALLEN YAN CHOW, STEVEN H. HANEY, OF HANEY, BUCHANAN & PATTERSON, LLP, TO SUBSTITUTE IN AS NEW COUNSEL OF RECORD IN PLACE AND STEAD OF ATTORNEY WENDY LYNN SLAVKIN** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☒  **BY WEBSITE POSTING:** I caused such document to be posted upon the Website.

**BY FACSIMILE MACHINE:** The foregoing document was transmitted by to addressee by facsimile transmission from (213) 228-6501 before 5:00 p.m. on said date and the transmission was reported as complete and without error.

Executed on **September 11, 2008,** at Los Angeles, California.

☒  (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Denise Ball_ _____    _Denise Ball_ (signature)
*Type or Print Name*                        Signature

APPLN TO APPEAR SUBSTITUTING COUNSEL FOR DEFT    - 3 -    *PRINTED ON RECYCLED PAPER*

# SERVICE LIST

*Georgia-Pacific Consumer Products, LP v., Yan Wholesale, etc. et al*
Case No. 3:07-CV 02390 JAH (POR)

Adam A. Welland, Esq.
Stephen P. Swinton, Esq.
LATHAM & WATKINS, LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
Tel: (858) 523-5400
Fax: (858) 523-5450
E-Mail: steve.swinton@lw.com
E-Mail: adtam.welland@lw.com

Attorneys for Plaintiff
Georgia-Pacific Consumer Products LP
*a Delaware limited partnership*

Wendy Lynn Slavkin, Esq.
11707 Sunset Blvd, Suite 24
Los Angeles, California 90049
Tel: (310) 476-1959
Fax: (310) 476-1939
E-mail: wlslavkin@aol.com

Attorneys for Defendant
Yan Wholesale and Allen Yan Chow

HANEY, BUCHANAN & PATTERSON L.L.P.
707 WILSHIRE BOULEVARD
FIFTY-THIRD FLOOR
LOS ANGELES, CALIFORNIA 90017
(213) 228-6500