# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited liability partnership,<br><br>                  Plaintiff,<br><br>v.<br><br>YAN WHOLESALE; RUSH WHOLESALE; YES WHOLESALE; RUNHUI PAPER CO., LTD.; a Chinese Corporation; SHANTOU KID TOYS CO., LTD., a Chinese Corporation; FOOK WOO ASSORTED PAPER CO., a Chinese Corporation; ZHONGSAN SANJIAO PAPER MANUFACTURING CO., LTD., a Chinese Corporation; ZHONGSAN ZHONGSAN PAPER GROUP, a Chinese Corporation; ALLEN YAN CHOW, an individual; ROMAN RUSHINSKY, an individual; GLEB TABACHNIK, an individual; and DOES 6-100,<br><br>                  Defendants. | **Case No. 07-CV-02390 JAH (POR)**<br><br>**ORDER GRANTING REQUEST TO SUBSTITUTE IN AS NEW COUNSEL OF RECORD OF STEVEN H. HANEY, ESQ., OF HANEY, BUCHANAN & PATTERSON, LLP FOR DEFENDANTS YAN WHOLESALE AND ALLEN YAN CHOW IN PLACE AND STEAD OF ATTORNEY WENDY LYNN SLAVKIN** |

The Court finds the following:

1. That the Substitution of Counsel of Record for Defendants Yan Wholesale and Allen Yan Chow is hereby Granted and that Haney, Buchanan & Patterson LLP shall be the new counsel of record for Yan Wholesale and Allen Yan Chow.

IT IS HEREBY ORDERED that Steven H. Haney, Esq., of Haney, Buchanan & Patterson, LLP, new counsel of record for Defendants Yan Wholesale and Allen Yan Chow be allowed to change counsel for all purposes in the above litigation.

DATED: September 12, 2008

_____
JOHN A. HOUSTON
United States District Judge